UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA               :

     - v. -                            :    **SUPERSEDING INDICTMENT**

HAJI ABDUL SATAR ABDUL MANAF,          :
     a/k/a "Haji Abdul Sattar
     Barakzai"                         :    S1 18 Cr. 762 (PAC)

          Defendant.                   :

- - - - - - - - - - - - - - - - - x

ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 6 2019

**COUNT ONE**
(Attempted Narcotics Importation)

The Grand Jury charges:

1.   From at least in or about January 2018, up to and including in or about October 2018, in the Southern District of New York and elsewhere, and in an offense begun and committed out of the jurisdiction of any particular state or district, HAJI ABDUL SATAR ABDUL MANAF, a/k/a "Haji Abdul Sattar Barakzai," the defendant, who was first brought to and arrested in the Southern District of New York, intentionally and knowingly attempted to distribute a controlled substance, intending, knowing, and having reasonable cause to believe that such substance would be unlawfully imported into the United States and into waters within a distance of 12 miles of the coast of the United States, from a place outside thereof, in violation of Sections 959(a) and 963 of Title 21, United States Code.

2. The controlled substance involved in the offense was one kilogram and more of mixtures and substances containing a detectable amount of heroin, in violation of Sections 812, 960(a)(3), and 960(b)(1)(A) of Title 21, United States Code.

(Title 21, United States Code, Sections 963 and 959(d); Title 18, United States Code, Section 3238.)

**COUNT TWO**
(Narco-Terrorism - Taliban)

The Grand Jury further charges:

3. From at least in or about January 2018, up to and including in or about October 2018, in Afghanistan and elsewhere, and in an offense begun and committed outside the jurisdiction of any particular state or district of the United States, HAJI ABDUL SATAR ABDUL MANAF, a/k/a "Haji Abdul Sattar Barakzai," the defendant, who was first brought to and arrested in the Southern District of New York, knowingly and intentionally did engage in conduct that would be punishable under Section 841(a) of Title 21, United States Code, if committed within the jurisdiction of the United States, to wit, the manufacture, distribution, and possession with intent to manufacture and distribute, of one kilogram and more of mixtures and substances containing a detectable amount of heroin, knowing and intending to provide, directly and indirectly, something of pecuniary value to a person and organization that has engaged and engages in terrorism and terrorist activity, to wit, the

2

Taliban and its members, operatives, and associates, having knowledge that said persons and organizations have engaged in and engage in terrorism and terrorist activity, which activity violates the criminal laws of the United States, occurs in and affects foreign commerce, and causes and is designed to cause death and serious bodily injury to nationals of the United States while the nationals are outside of the United States.

(Title 21, United States Code, Sections 960a(a), 960a(b)(1), 960a(b)(2), 960a(b)(3), 960a(b)(5), and 959(d), and Title 18, United States Code, Sections 3238 and 2.)

### COUNT THREE
(Attempted Narco-Terrorism - Haqqani Network)

The Grand Jury further charges:

4.   From at least in or about January 2018, up to and including in or about October 2018, in Afghanistan and elsewhere, and in an offense begun and committed outside the jurisdiction of any particular state or district of the United States, HAJI ABDUL SATAR ABDUL MANAF, a/k/a "Haji Abdul Sattar Barakzai," the defendant, who was first brought to and arrested in the Southern District of New York, knowingly and intentionally did and did attempt to engage in conduct that would be punishable under Section 841(a) of Title 21, United States Code, if committed within the jurisdiction of the United States, to wit, the manufacture, distribution, and possession with intent to manufacture and distribute, of one kilogram and more of mixtures and substances containing a detectable amount

3

of heroin, knowing and intending to provide, directly and indirectly, something of pecuniary value to a person and organization that has engaged and engages in terrorism and terrorist activity, to wit, the Haqqani Network (which has been designated by the United States Secretary of State as a foreign terrorist organization pursuant to Section 219 of the Immigration and Nationality Act and remains so designated) and its members, operatives, and associates, having knowledge that said persons and organizations have engaged in and engage in terrorism and terrorist activity, which activity violates the criminal laws of the United States, occurs in and affects foreign commerce, and causes and is designed to cause death and serious bodily injury to nationals of the United States while the nationals are outside of the United States.

(Title 21, United States Code, Sections 960a(a), 960a(b)(1), 960a(b)(2), 960a(b)(3), 960a(b)(5), and 959(d), and Title 18, United States Code, Sections 3238 and 2.)

### COUNT FOUR
(Witness Tampering Conspiracy)

The Grand Jury further charges:

5. From at least in or about February 2019, up to and including in or about April 2019, in the Southern District of New York and elsewhere, HAJI ABDUL SATAR ABDUL MANAF, a/k/a "Haji Abdul Sattar Barakzai," the defendant, and others known and unknown, intentionally and knowingly combined, conspired, confederated, and agreed together and with each other to use

4

physical force and the threat of physical force against another person, with the intent to influence, delay, and prevent the testimony of a person in an official proceeding, and to cause and induce a person to withhold testimony from an official proceeding, to wit, MANAF, while incarcerated at the Metropolitan Correctional Center ("MCC") in New York, New York, directed others to kidnap and rob a witness in Afghanistan to influence, delay, and prevent that witness' testimony, and to cause and induce that witness to withhold his testimony, with respect to the prosecution of the offenses charged in Counts One through Three of this Superseding Indictment.

(Title 18, United States Code, Sections 1512(a)(2), 1512(h), and 1512(k)).

## COUNT FIVE
(Witness Tampering)

The Grand Jury further charges:

6. From at least in or about February 2019, up to and including in or about April 2019, in the Southern District of New York and elsewhere, HAJI ABDUL SATAR ABDUL MANAF, a/k/a "Haji Abdul Sattar Barakzai," the defendant, knowingly used and attempted to use physical force and the threat of physical force against another person, and aided and abetted the same, with the intent to influence, delay, and prevent the testimony of a person in an official proceeding, and to cause and induce a person to withhold testimony from an official proceeding, to

wit, MANAF, while incarcerated at the MCC in New York, New York, directed and attempted to direct others to kidnap and rob a witness in Afghanistan to influence, delay, and prevent that witness' testimony, and to cause and induce that witness to withhold his testimony, with respect to the prosecution of the offenses charged in Counts One through Three of this Superseding Indictment.

(Title 18, United States Code, Sections 1512(a)(2), 1512(h), and 2).

## FORFEITURE ALLEGATION

7.  As a result of committing the offense alleged in Count One of this Indictment, HAJI ABDUL SATAR ABDUL MANAF, a/k/a "Haji Abdul Sattar Barakzai," the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offense and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

8.  As a result of committing the offenses alleged in Counts Two and Three of this Indictment, HAJI ABDUL SATAR ABDUL MANAF, a/k/a "Haji Abdul Sattar Barakzai," the defendant, shall forfeit to the United States, pursuant to Title 18, United

States Code, Section 981(a)(1)(G) and Title 28, United States Code, Section 2461(c), any and all assets, foreign and domestic, of the defendant; any and all assets, foreign and domestic, affording the defendant a source of influence over any entity or organization engaged in planning or perpetrating said offenses; any and all assets, foreign and domestic, acquired or maintained with the intent and for the purpose of supporting, planning, conducting or concealing said offense; any and all assets, foreign and domestic, derived from, involved in, or used or intended to be used to commit said offenses, including but not limited to a sum of money in United States currency representing the total amount of the defendant's assets.

### Substitute Assets Provision

9. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

                (Title 18, United States Code, Section 981;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

_____
FOREPERSON

_____
GEOFFREY S. BERMAN
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

HAJI ABDUL SATAR ABDUL MANAF,
a/k/a "Haji Abdul Sattar Barakzai,"

Defendant.

**SUPERSEDING
INDICTMENT**

S1 18 Cr. 762 (PAC)

(21 U.S.C. §§ 959, 960 and 960a;
18 U.S.C. §§ 2, 1512 and 3238.)

GEOFFREY S. BERMAN
United States Attorney.

**A TRUE BILL**

_____
Foreperson.

Aug 6, 2019
Filed First Superseding Indictment.
U.S.M.J. Debra Freeman