

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 2, 2020

By ECF
The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

  Re: *United States v. Haji Abdul Satar Abdul Manaf*, S1 18 Cr. 762 (PAC)

Dear Judge Crotty:

  The parties jointly write to request that the next pretrial conference, currently scheduled for April 13, 2020, be adjourned to June 17, 2020 at 11:30 a.m., due to the ongoing COVID-19 pandemic. With the consent of defense counsel, the Government also moves for the exclusion of time under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), until June 17, 2020.

           Respectfully submitted,

           GEOFFREY S. BERMAN
           United States Attorney

       By: _____/s/_____
         Rebekah Donaleski
         Kimberly Ravener
         Assistant United States Attorneys
         (212) 637-2423/2358

cc: Jeffrey Chabrowe, Esq.