**SABRINA P. SHROFF**
ATTORNEY AT LAW

233 BROADWAY
NEW YORK, NEW YORK 10007
TEL: (646) 763-1490

May 6, 2021

Hon. Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Haji Abdul Satar Abdul*, 18 Cr. 762 (PAC)

Dear Judge Crotty:

As the parties are continuing to negotiate a disposition in this case, and because there has been a change in counsel and we are in the month of Ramadan, we ask the Court to hold in abeyance for 45 days the motion schedule in this case including any motions under the Classified Information Procedures Act. We ask the Court to set a status conference in about 45 days so that the parties may inform the Court if a disposition has been reached.

To that end, we request that the time continue to be excluded under the Speedy Trial Act, pursuant to Title 18, United States Code, section 3161(h)(7)(A). Excluding time will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial, because it will allow the government and defense counsel to continue discussions regarding a possible disposition in the matter.

We thank the Court for its time and consideration of this matter.

Respectfully submitted,

/s/Sabrina P. Shroff
Counsel for Haji Abdul Satar Abdul

5/10/2021
The motion schedules are extended as follows: pretrial motions due by July 26, 2021.CIPA motions due by August 25, 2021. An in-person conference will be held on June 30 at 12 noon. Time is excluded through August 25, 2021. SO ORDERED.

*Paul A. Crotty*