

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 22, 2021

<u>By ECF and E-Mail</u>
The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Haji Abdul Satar Abdul Manaf*, 18 Cr. 762 (PAC)

Dear Judge Crotty:

    The Government respectfully writes to clarify the Court's August 30, 2021 order (Dkt. 58) granting the parties' proposed adjournment of the motion schedule for approximately 90 days to permit the parties additional time to pursue a potential disposition. Specifically, the Government seeks to clarify that, pursuant to the adjournment, the Government's anticipated motion pursuant to the Classified Information Procedures Act would be due on January 25, 2021. The defense has consented to this schedule.

                                                           Respectfully submitted,

                                                           AUDREY STRAUSS
                                                           United States Attorney

9/22/2021
The government's CIPA motion is
due on January 25, 2021. SO
ORDERED.

                                       By:    _____/s/_____
                                                 Jessica Fender
                                                 Kimberly Ravener
                                                 Assistant United States Attorneys
                                                 (212) 637-2276/2358

cc: Sabrina Shroff, Esq.