

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 6, 2021

By ECF
The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

> **Re:** *United States v. Haji Abdul Satar Abdul Manaf*, **18 Cr. 762 (PAC)**

Dear Judge Crotty:

The Government respectfully writes in response to the December 1, 2021 defense motion for a competency evaluation pursuant to Title 18, United States Code, Section 4241. (Dkt. 64.) The Government consents to the proposed psychiatric or psychological examination of the defendant, by a licensed or certified psychiatrist or psychologist designated by the Bureau of Prisons, to assess whether the defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. *See* 18 U.S.C. §§ 4241(b), 4247(b)-(c).

In light of the defense motion, the Government respectfully requests that the deadline for the Government's anticipated motion pursuant to the Classified Information Procedures Act be adjourned pending the defendant's competency evaluation. The Government respectfully proposes that the time for any motion pursuant to the Classified Information Procedures Act be extended until at least March 25, 2022, subject to the need for further competency proceedings. The defense consents to this application.

12/8/2021
The CIPA deadline is
extended to March 25, 2022.
SO ORDERED.

*[signature]*

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:  _____/s/_____
Kimberly J. Ravener
Jacob Gutwillig
Assistant United States Attorneys
(212) 637-2358/2215

cc: Sabrina Shroff, Esq.

2