UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

Haji Abdul Satar Abdul

Defendant.

18 Cr. 762 (PAC)

Paul A. Crotty, Judge, Southern District of New York

Upon consideration of the motion by the defendant, for an examination of the mental competence of the defendant pursuant to 18 U.S.C. section 4241, it is hereby

ORDERED that the defendant be examined by the Federal Bureau of Prisons to determine whether the defendant is presently mentally competent to understand the proceedings against him and to properly assist in the preparation of his defense.

SO ORDERED:

Dated: New York, NY
December 14, 2021

_____
Hon. Paul A. Crotty