

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 10, 2022

2/14/22

The request is granted. Time will
be excluded through 4/20/22.
So ordered.

Paul A. Crotty
USDJ

By ECF
The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Haji Abdul Satar Abdul Manaf*, S1 18 Cr. 762 (PAC)

Dear Judge Crotty:

The parties respectfully request that the pretrial conference, currently scheduled for February 16, 2022, be adjourned for a period of approximately 60 days.

On December 14, 2021, the Court granted the defendant's motion for a competency evaluation pursuant to Title 18, United States Code, Section 4241 and directed the Bureau of Prisons ("BOP") to conduct the examination to determine whether the defendant is presently mentally competent to understand the proceedings against him and to properly assist in his defense. (Dkt. 67.) BOP subsequently informed the parties that the defendant would be transferred to another facility for purposes of the examination and designated the facility. The defendant's transfer is pending at this time. Given the pendency of the examination, which is expected to take several weeks, and the need to transfer the defendant to commence the exam, the parties respectfully propose to adjourn the next pretrial conference in this case for approximately 60 days to permit time for the exam to be conducted.

4/20 @ 4pm