

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 11, 2022

By ECF
The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

> **Re:** *United States v. Haji Abdul Satar Abdul Manaf*, **S1 18 Cr. 762 (PAC)**

Dear Judge Crotty:

The Government respectfully writes to request an extension of the March 25, 2022 deadline for the Government's anticipated motion pursuant to the Classified Information Procedures Act. On December 14, 2021, the Court granted the defendant's motion for a competency evaluation pursuant to Title 18, United States Code, Section 4241 and directed the Bureau of Prisons ("BOP") to conduct the examination to determine whether the defendant is presently mentally competent to understand the proceedings against him and to properly assist in his defense. (Dkt. 67.) The parties understand from the BOP that the defendant has been transferred to another facility for purposes of the examination and that examination sessions, with the assistance of an interpreter, are scheduled to take place the week of March 21, 2022. The BOP has not provided a timeline for completing the examination.

The next pretrial conference in this matter is scheduled for April 16, 2022.  In light of the BOP's ongoing efforts to complete the defendant's evaluation, as well as the lead time required for this Office to obtain approvals needed to file its Classified Information Procedures Act motion, the Government respectfully requests an eight-week extension of its motion deadline, from March 25, 2022 to May 25, 2022.  The defense consents to this application.

3/14/2022
The CIPA deadline is extended to
May 25, 2022. SO ORDERED.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Jacob Gutwillig
Kimberly Ravener
Assistant United States Attorneys
(212) 637-2215/2358

cc: Sabrina Shroff, Esq.