

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 25, 2022

**BY ECF AND ELECTRONIC MAIL**
Sabrina Shroff, Esq.
sabrinashroff@gmail.com

    Re:    *United States v. Haji Abdul Satar Abdul Manaf,* S1 18 Cr. 762 (PAC)

Dear Counsel:

    Please be advised that today the Government made a classified, *ex parte* submission to Judge Crotty pursuant to Section 4 of the Classified Information Procedures Act and Federal Rule of Criminal Procedure 16(d), concerning classified discovery in this case. A proposed Protective Order submitted to the Court is enclosed with this letter.

        By:    ___/s/_____
                Kimberly J. Ravener
                Jacob Gutwillig
                Assistant United States Attorneys
                One St. Andrew's Plaza
                New York, New York 10007
                212-637-2358 / 2215

Enclosure.