

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 6, 2022

**BY ECF**

The Honorable Paul A. Crotty
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:  *United States v. Haji Abdul Satar Abdul Manaf, 18-cr-00762 (PAC)*

Dear Judge Crotty:

The Government writes to respectfully request that the Court direct the Clerk of Court to terminate the appearance of the undersigned Assistant United States Attorney on this docket. The undersigned will no longer be employed by the U.S. Attorney's Office as of September 10, 2022.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

9/7/2022
The clerk is directed to terminate
the appearance of Ms. Fender. SO
ORDERED.

*Paul A. Crotty*

By: _____/s/_____
Jessica K. Fender
Assistant United States Attorney
(212) 637-2276

cc: Defense Counsel (by ECF)