

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 20, 2022

By ECF
The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

9/21/22
The request (✓) is granted
So ordered
Paul Crotty
USDJ 9/21/22

**Re:** *United States v. Haji Abdul Satar Abdul Manaf*, S1 18 Cr. 762 (PAC)

Dear Judge Crotty:

The Government respectfully writes to request that the Court exclude time pursuant to the Speedy Trial Act from the date of this letter until the date of the next pretrial conference, which is currently set for September 27, 2022. The Court previously excluded time pursuant to Title 18, United States Code, Section 3161(h)(7)(A) through September 19, 2022, the control date for the next pretrial conference, in order to afford time for the parties to continue to engage in discussions regarding any potential for a pretrial disposition and to further confer regarding potential trial dates. In light of the movement of the pretrial conference date, the Government respectfully requests that this exclusion of time be extended on the same basis until the next pretrial conference, currently set for September 27, 2022. The Government respectfully submits the ends of justice served by the exclusion of time outweigh the best interest of the public and the defendant in a speedy trial because it will afford the parties additional time to discuss a potential trial date or resolution in this case. *See* 18 U.S.C. § 3161(h)(7)(A). Defense counsel does not object to this request to exclude time.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Jacob Gutwillig
Kimberly Ravener
Assistant United States Attorneys
(212) 637-2215/2358

cc: Sabrina Shroff, Esq.