

Glen G. McGorty
GMcGorty@crowell.com
(212) 895-4246 direct

Crowell & Moring LLP
590 Madison Avenue
20th Floor
New York, NY 10022
+1.212.223.4000 main
+1.212.223.4134 fax

January 18, 2023

**BY ECF**

The Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Haji Abdul Satar Manaf*, 18 Cr. 762 (PAC)

Dear Judge Crotty:

We write to respectfully request a short adjournment of the status conference scheduled for January 23, 2023, at 3 p.m. As Your Honor is aware, I was appointed to this case last year to assist Sabrina Shroff, Esq., who is Mr. Manaf's primary counsel. Ms. Shroff is on trial in the case of *United States v. Ruslan Asainov*, 19 Cr. 402 (NGG) in the Eastern District of New York, which was recently rescheduled for its original start date this week. I would have covered this conference, but I am out of town for the next two weeks for business and unavailable. Based on our respective schedules, we respectfully request that the Court move this status conference to any Friday starting on February 3, 2023 – as Ms. Shroff advises her trial is not sitting on Fridays. The Government does not object to this brief adjournment.

If the Court is unavailable for a status conference on Fridays, I am hopeful we can find another date acceptable to the Court and the parties.

Respectfully Submitted,

Glen G. McGorty

Cc:   AUSA Kimberly Ravener and AUSA Jacob Gutwillig

1/20/2023
The January 23 conference is adjourned to Wednesday, February 15 at 2:45PM. SO ORDERED.

Paul A. Crotty

crowell.com