UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,
                Plaintiff,

                                           18 Cr. 762 (PAC)

     - against -                           **ORDER**

HAJI ABDUL SATAR ABDUL MANAF,
                Defendant.
------------------------------------x

       Upon consideration of Defendant's September 20, 2023 letter requesting that he receive necessary medical evaluation and care while in the custody of MDC Brooklyn, it is hereby ORDERED that within thirty (30) days of the date of this Order:

1. The Bureau of Prisons shall arrange for Defendant to undergo magnetic resonance imaging (MRI) of the spine;
2. The Bureau of Prisons shall arrange for the MRI images to be reviewed by an independent specialist, who shall render a diagnosis and recommendation as to treatment; and
3. The Bureau of Prisons shall arrange for an independent dentist to conduct a dental examination on Mr. Manaf and render a diagnosis and recommendation as to treatment.
4. If the Bureau of Prisons wishes to contest this Order, it shall write to the Court within ten (10) days of the date of this Order setting forth any reason the Defendant's request should not be honored. All correspondence to the Court shall be sent to CrottyNYSDChambers@nysd.uscourts.gov, with a copy to defense counsel at LLedain@cov.com, AKramer@cov.com, adevlin-brown@cov.com.

Dated: New York, New York
           September 22, 2022

SO ORDERED

_____
HONORABLE PAUL A. CROTTY
United States District Judge