UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

                                      1: 18 Cr.00762 (PAC)
                                APPOINTMENT OF COUNSEL ORDER

-against-

HAJI ABDUL SATAR ABDUL MANAF

        Defendant.
-------------------------------------------------------X

        HONORABLE PAUL A. CROTTY, United States District Judge:

        Mark S. DeMarco is appointed to represent Haji Abdul Manaf as counsel for the purpose of motion practice, *Nunc Pro Tunc*, October 12, 2023.

Dated:  New York, New York
          October 12, 2023

                                                                   SO ORDERED

                                                                    _____
                                                                    PAUL A. CROTTY
                                                                    United States District Judge