

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 23, 2023

**By CM/ECF**

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

   **Re:** ***United States v. Haji Abdul Satar Abdul Manaf*, S1 18 Cr. 762 (PAC)**

Dear Judge Crotty:

   The Government respectfully submits the enclosed protective order for the Court's consideration, which concerns the Government's anticipated production of certain classified information to defendant Haji Abdul Satar Abdul Manaf (the "defendant") pursuant to Section 3 of the Classified Information Procedures Act ("CIPA"). *See* 18 U.S.C. App. 3 § 3 ("Upon motion of the United States, the court shall issue an order to protect against the disclosure of any classified information disclosed by the United States to any defendant in any criminal case"). The defendant consents to the entry of the proposed order. The anticipated production is in accordance with the protective order that the Court previously entered pursuant to CIPA Section 4. (D.E. 75.)

           Respectfully submitted,

           DAMIAN WILLIAMS
           United States Attorney

    By:  _____/s/_____
           Nicholas S. Bradley / Jacob Gutwillig /
           Kimberly Ravener
           Assistant United States Attorneys
           (212) 637-1581/-2215/-2358

cc:  Counsel of Record (by CM/ECF)

Enclosure (Proposed Protective Order)