

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 16, 2024

**By CM/ECF**
The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      **Re:**    ***United States v. Haji Abdul Satar Abdul Manaf*, S1 18 Cr. 762 (PAC)**

Dear Judge Crotty:

      Pursuant to the Court's directive, the parties write to inform the Court that the defense does not intend to pursue motion practice pursuant to the Classified Information Procedures Act ("CIPA") in this case. *See* 18 U.S.C. App. 3 § 5(a) ("If a defendant reasonably expects to disclose or to cause the disclosure of classified information in any manner in connection with any trial or pretrial proceeding involving the criminal prosecution of such defendant, the defendant shall, within the time specified by the court or, where no time is specified, within thirty days prior to trial, notify the attorney for the United States and the court in writing."). As a result, there is no need for the Court to set a schedule for future CIPA practice. The parties will continue to confer regarding a proposed schedule for other pretrial deadlines in advance of the next pretrial conference, currently scheduled for February 13, 2024.

                  Respectfully submitted,

                  DAMIAN WILLIAMS
                  United States Attorney

By:             /s/_____
                  Nicholas S. Bradley / Jacob Gutwillig /
                  Kimberly Ravener
                  Assistant United States Attorneys
                  (212) 637-1581/-2215/-2358

cc:      Counsel of Record (by CM/ECF)