

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 13, 2024

**By CM/ECF**
The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Haji Abdul Satar Abdul Manaf*, S1 18 Cr. 762 (PAC)

Dear Judge Crotty:

In advance of the trial in this case scheduled on June 10, 2024, and in accordance with the Court's order, the parties respectfully and jointly propose the following pretrial schedule:

| | |
|---|---|
| Government's Expert Disclosures | April 15, 2024 |
| Defendant's Expert Disclosures | April 29, 2024 |
| Motions *in Limine*, Proposed *Voir Dire*, and Requests to Charge | May 6, 2024 |
| Responses to Motions *in Limine* | May 20, 2024 |
| Final Pretrial Conference | June 4, 2024   @3PM |

In addition to the above, the parties are conferring regarding a mutually agreeable schedule for the identification of proposed exhibits and the disclosure of materials pursuant to 18 U.S.C. § 3500 and Federal Rule of Criminal Procedure 26.2.

2/22/2024
SO ORDERED.

*Paul A. Crotty*

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:        /s/
Nicholas S. Bradley / Jacob H. Gutwillig /
Kimberly J. Ravener
Assistant United States Attorneys
(212) 637-1581/-2215/-2358

cc:   Counsel of Record (by CM/ECF)