UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
+--------------------------------------+
| UNITED STATES OF AMERICA             |
|                                      |
|         -v-                          |
|                                      |
| HAJI ABDUL SATAR ABDUL MANAF,        |
|                                      |
|              Defendant.              |
+--------------------------------------+
```

18-cr-762 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

The Court hereby adjourns the trial date to July 15, 2024 on consent. The Court finds that the ends of justice served by granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

SO ORDERED.

New York, NY
March 15, 2024

JED S. RAKOFF, U.S.D.J.

1