UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>- v. -<br><br>HAJI ABDUL SATAR ABDUL MANAF,<br>a/k/a "Haji Abdul Sattar Barakzai,"<br><br>Defendant. | S1 18 Cr. 762 (JSR) |

**DEFENDANT'S PROPOSED VOIR DIRE REQUESTS**

Arlo Devlin-Brown
Amanda Kramer
Lelia A. Ledain
Dean S. Acheson
Matthew T. Nelson*
Jacob Stark
**COVINGTON & BURLING LLP**
620 Eighth Avenue
New York, NY 10018
adevlin-brown@cov.com
akramer@cov.com
lledain@cov.com
dacheson@cov.com
mnelson@cov.com
jstark@cov.com
(212) 841-1000

*_Pro hac vice_ motion pending

_Counsel for Haji Abdul Satar Abdul Manaf_

**<u>REQUEST NO. 1</u>**

**<u>GENERAL QUESTIONS</u>**

Mr. Manaf respectfully requests that the Court utilize its standard voir dire to examine prospective jurors on the following matters:

1. Ability to Serve as a Fair and Impartial Juror

2. Connection to Law Enforcement

3. Connection to Participants in the Case

4. County of Residence

5. Defendant's Presumption of Innocence

6. Occupation

7. Prior Experience with the Justice System

8. Prior Jury Service

9. Trial Schedule

**REQUEST NO. 2**

**SUPPLEMENTAL QUESTIONS**

Pursuant to Rule 24(a) of the Federal Rules of Criminal Procedure, Mr. Manaf respectfully requests that the Court supplement its examination of prospective jurors by including the following questions.

1. [After reading summary of charges] Does any juror have any personal knowledge of the charges contained in the Indictment in this case as I just described it?

2. Is there anything about the nature of those charges as I have just described them that would cause any of you to feel that you could not serve as a fair and impartial juror?

3. Has any juror, any member of your family or household, or any close friend, ever served in the military? If yes, where is or was that person stationed? What were the approximate dates of service? What was the branch of service and highest rank this person attained? Was that person ever in a combat situation? Was that person injured or killed?

4. If selected as a juror, you will be instructed that you are not to consider the defendant's race, sex, ethnicity, or religion when rendering your verdict. Would anything about the defendant's race, ethnicity, or religion impact your ability to be fair and impartial in this case?

5. Does any juror have views about Islam or Muslims that would make it difficult for you to be fair and impartial in this case?

6. Does any juror have feelings about the funding of Islamic terrorism that would make it difficult for you to be fair and impartial in this case?

7. Does any juror possess the belief that the religion of Islam endorses violence?

8. Has any juror, any member of your family or household, or any close friend, had any experience which would cause you to be biased against a defendant who practices Islam or is of Afghan descent?

9. Has any juror, any member of your family or household, or any close friend, ever been a victim of an act of terrorism?

10. Does any juror have a belief about America's involvement in wars in Afghanistan that would make it difficult for you be to fair and impartial in this case?

2

11. Has any juror, any member of your family or household, or any close friend, possessed any worry that they will be a victim of an act of terrorism that would make it difficult for you to serve on this case?

12. Does any juror know anyone who has ever been accused of engaging in terrorism?

13. You may see evidence or hear witness accounts that you may find upsetting, including materials about acts of terrorism. Does any juror believe that they would have any issue with being fair and impartial in deciding the charges against Mr. Manaf given the nature of that evidence?

14. Does any juror have any other strong feelings about serving as a juror on a case involving terrorism-related charges, which would make it difficult for you to sit on this case and to consider the evidence in a fair and impartial manner?

Dated: July 17, 2024
New York, NY

 /s/ Arlo Devlin-Brown
Arlo Devlin-Brown
Amanda Kramer
Lelia A. Ledain
Dean S. Acheson
Matthew T. Nelson*
Jacob Stark
**COVINGTON & BURLING LLP**
620 Eighth Avenue
New York, NY 10018
adevlin-brown@cov.com
akramer@cov.com
lledain@cov.com
dacheson@cov.com
mnelson@cov.com
jstark@cov.com
(212) 841-1000

*Pro hac vice* motion pending

*Counsel for Haji Abdul Satar Abdul Manaf*

3