UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| - v. - | : | S1 18 Cr. 762 (JSR) |
| HAJI ABDUL SATAR ABDUL MANAF, a/k/a "Haji Abdul Sattar Barakzai," | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## THE GOVERNMENT'S PROPOSED
## EXAMINATION OF PROSPECTIVE JURORS

DAMIAN WILLIAMS
United States Attorney
Southern District of New York
26 Federal Plaza
New York, New York 10278
*Attorney for the United States of America*

Sam Adelsberg
Nicholas S. Bradley
Kimberly J. Ravener
Assistant United States Attorneys
     *Of Counsel*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                :

UNITED STATES OF AMERICA             :

                    :

  - v. -                    :        S1 18 Cr. 762 (JSR)

                    :

HAJI ABDUL SATAR ABDUL MANAF,   :
     a/k/a "Haji Abdul Sattar Barakzai,"  :

                    :

        Defendant.         :

                    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**THE GOVERNMENT'S PROPOSED**
**EXAMINATION OF PROSPECTIVE JURORS**

The Government respectfully requests, pursuant to Rule 24(a) of the Federal Rules of Criminal Procedure, that the Court include the following questions in its examination of prospective jurors. The Court is requested to pursue more detailed questioning at the sidebar or in the robing room if a prospective juror's answer reveals that further inquiry is appropriate and, in such an instance, to conclude with an inquiry as to whether the particular fact or circumstance would influence the prospective juror in favor of or against either the Government or the defendant.

### A.      <u>The Charges</u>

This is a criminal case. The defendant, Haji Abdul Satar Abdul Manaf, has been charged in an Indictment filed by a grand jury sitting in this District with the commission of certain federal crimes. The Indictment is not evidence itself. It simply contains the charges that the Government is required to prove beyond a reasonable doubt. I would like to summarize the charges in this case in order to determine whether there is anything about the nature of this case that may make it difficult or inappropriate for any of you to serve on the jury. The Indictment contains five counts, or charges, that you are going to consider:

Count One charges the defendant with attempted narcotics importation, in connection with allegations that he attempted to import at least one kilogram of heroin into the United States between January 2018 and October 2018.  Count Two and Three charge the defendant with narco-terrorism offenses, meaning drug trafficking offenses committed while intending to provide something of monetary or economic value to organizations engaged in terrorist activity.  Count Two charges the defendant with intentionally providing such payments to the Taliban, while Count Three charges the defendant with intentionally attempting to facilitate such payments to a faction of the Taliban called the Haqqani Network.

The defendant also is charged with two witness tampering offenses.  Count Four charges the defendant with conspiring with others to use physical force or the threat of physical force in order to influence, delay, or prevent a Government source from testifying against the defendant regarding his alleged participation in the drug trafficking and narco-terrorism offenses.  Count Five charges the defendant with aiding and abetting others to use physical force or the threat of physical force against that same Government source, in order to influence, delay, or prevent that same individual from testifying against him.

1.      Do any of you believe you have personal knowledge of the charges contained in the Indictment as I have described them?

2.      Based on the above description of the charges, do any of you believe that you have any bias that would prevent you from serving as a fair and impartial juror in this case?

**B.      Knowledge of the Trial Participants and Relevant Locations**

3.      The defendant in this case is Haji Abdul Satar Abdul Manaf, also known as "Haji Abdul Sattar Barakzai."  [*Please ask Manaf to stand*].  Do any of you know, or have you had any

dealings, directly or indirectly, with the defendant, or with any relative, friend or associate of the defendant?

4.    To your knowledge, do any of your relatives, friends, associates, or employers know the defendant?

5.    The defendant is represented here by Arlo Devlin-Brown, Amanda Kramer, and Lelia Ledain [*Please ask defense counsel to stand.*]  Do any of you know Mr. Devlin-Brown, Ms. Kramer, or Ms. Ledain?  Have you or your family members or close friends had any dealings either directly or indirectly with Mr. Devlin-Brown, Ms. Kramer, or Ms. Ledain?

6.    The Government is represented here, as in all cases where it is a party before this Court, by the United States Attorney for the Southern District of New York, who is Damian Williams. The conduct of the trial will be in the immediate charge of Assistant United States Attorneys Sam Adelsberg, Nicholas Bradley, and Kimberly Ravener.  [*Please ask the Assistants to stand.*]  Do any of you know Mr. Adelsberg, Mr. Bradley, or Ms. Ravener?  Have you or your family members or close friends had any dealings either directly or indirectly with them?  The prosecutors will be assisted by Special Agent Sasskayo Palmer of the Drug Enforcement Administration.  [*Please ask to stand.*]  Do any of you know Special Agent Palmer?  The prosecutors will also be assisted in this case by Malcolm Hanchet, a paralegal in the U.S. Attorney's Office. [*Please ask Mr. Hanchet to stand.*]  Do any of you know Mr. Hanchet?  Have you or your family members or close friends had any dealings either directly or indirectly with Special Agent Palmer, or Mr. Hanchet?

7.    Have you or your family members or close friends had any dealings either directly or indirectly with the United States Attorney's Office?  Or the Drug Enforcement Administration, or "DEA"?

3

8.    I will now read a list of individuals whose names may be mentioned during the trial, or who may be witnesses in this case, as well as a list of places that may be mentioned during the trial [*Government will provide a list of names and places to the Court in advance of trial*].  Are any of you familiar with the people or places I have just named?  Have you had any dealings either directly or indirectly with any of these individuals or places?  To your knowledge, have your relatives, friends, associates, employers or employees had any dealings with any of these individuals or places?

**C.    Relationship with Government**

9.    Do any of you know, or have any association—professional, business, or social, direct or indirect—with any member of the staff of the United States Attorney's Office for the Southern District of New York?  The Drug Enforcement Administration?  Is any member of your family employed by any law enforcement agency, whether federal, state, or local?

10.    Have any of you, either through any experience you have had or anything you have seen or read, developed any bias, prejudice or other feelings for or against the United States Attorney's Office?  For or against the Drug Enforcement Administration?  For or against any other law enforcement agency?

11.    Have you, or has any member of your family, either as an individual, or in the course of business, ever been a party to any legal action or dispute with the United States, or with any of the officers, departments, agencies, or employees of the United States, including the Internal Revenue Service?  Have any of you had any legal, financial, or other interest in any such legal action or dispute, or its outcome?  Have any of you, or a member of your family, ever had such a dispute concerning payment of money owed to you by the government?

### E.    <u>Prior Jury Service</u>

12.    Have you ever, at any time, served as a member of a grand jury, whether in federal, state, county or city court?  If so, when and where did you serve?  If so, were you the foreperson?

13.    Have you ever served as a juror in any court?  If so, when, and in what court did you serve, and was it a civil or criminal case?  What was the nature of the case?  Without saying what it was, did the jury reach a verdict?  Did you think the outcome was fair?

### F.    <u>Experience as a Witness, Defendant, or Crime Victim</u>

14.    Have any of you, or any of your relatives or close friends, ever been involved or appeared as a witness in any investigation by a federal or state grand jury, or by a Congressional or state legislative committee, licensing authority, or governmental agency?  Have you, or anyone close to you, ever been questioned in any matter by a federal, state, or local law enforcement agency?

15.    Have you ever been a witness or a complainant in any federal or state prosecution?

16.    Are you, or is any member of your family, now under subpoena or, to your knowledge, about to be subpoenaed in any criminal case?

17.    Have you, or has any member of your family, any associate or close friend, ever been charged with a crime?  [*If any juror answers yes, the Court is respectfully requested to inquire, at side bar or in the robing room, about the nature of the case and the juror's feeling concerning the case.*]

18.    Have you, or have any of your relatives, associates, or close friends ever been the subject of any investigation or accusation by any federal or state grand jury, or by a Congressional committee?  [*If any juror answers yes, the Court is respectfully requested to inquire, at side bar or in the robing room, about the nature of the case and the juror's feeling concerning the case at sidebar.*]

19.     Have you, or any of your close friends or relatives, ever been a victim of a crime? [*As to any prospective juror who answers affirmatively, the Court is respectfully requested to inquire, at side bar or in the robing room, into the circumstances of each crime.*]

20.     Have you, or any of your close friends or relatives, ever been arrested, stopped, or questioned by any member of any law enforcement agency? [*As to any prospective juror who answers affirmatively, the Court is respectfully requested to inquire, at side bar or in the robing room, into the circumstances of each incident and that prospective juror's reaction to how he or she was treated by the law enforcement officer.*]

G.     **Ability to Render a Fair and Impartial Verdict**

21.     During the trial, you will hear evidence concerning the distribution of illegal drugs.  Would the fact that the charges involve illegal drugs—specifically heroin—affect your ability to be fair and impartial?

22.     Do any of you believe that it should not be a crime for a person to possess or sell narcotics, or that the laws governing these crimes should not be enforced?

23.     Do any of you have any opinion about the enforcement of the federal drug laws that might prevent you from being fair and impartial in this case?

24.     Have any of you or has any member of your family ever lobbied, petitioned, or worked in any other manner for or against any laws or regulations relating to drugs?  If so, when and what did you do?

25.     Has any juror had any legal or paralegal training? Does any juror have any close friends or relatives who are lawyers or who have legal or paralegal training?

**H.    Media Coverage**

26.    Have any of you read or seen anything—in the newspaper, on the Internet, or on TV—about this case?

27.    This trial may generate some media attention.  If it does, will each of you follow my instruction that you should absolutely avoid reading, watching, or listening to media reports concerning the case—including coverage of the case in social media like Facebook and Twitter—until after this case is over?  If not, please raise your hand.

**I.    Law Enforcement Witnesses**

28.    The Government witnesses in this case will consist in part of law enforcement officers, including employees of the Drug Enforcement Administration.  Would any of you be more likely to believe a witness merely because he or she is an officer of a law enforcement agency?  Would any of you be less likely to believe a witness merely because he or she is an officer of a law enforcement agency?

29.    Does anyone have any personal feelings or experiences concerning the Drug Enforcement Administration that would in any way affect his or her ability to be fair and impartial in this case?

**J.    Investigative Techniques**

30.    Does anyone have any expectations about the types of evidence that the Government should or will present in this criminal trial, or in a criminal trial more generally?

31.    Would any of you be unable to follow the judge's instructions that the Government is not required to use any particular investigative technique in presenting evidence of a crime?

32.    Some of the evidence admitted at trial may come from searches performed by law enforcement officers, including searches conducted during or in the course of arrests of individuals.  I instruct you that those searches were legal and that the evidence obtained from those searches is admissible in this case.  Do any of you have strong feelings about searches conducted by law enforcement officers or the use of evidence obtained from searches that would affect your ability to be fair and impartial in this case?

33.    Some of the evidence admitted at trial may involve undercover officers.  Do you have any strong feelings about undercover officers or the use of evidence obtained from undercover activities that would affect your ability to be fair and impartial in this case?

34.    Some of the evidence admitted at trial may involve confidential informants, who received payment for their work and/or previously committed crimes.  Do you have any strong feelings about confidential sources with such backgrounds that would affect your ability to be fair and impartial in this case?

35.    The defendant is charged with acting with others in committing some of the alleged crimes.  You may not draw any inference, favorable or unfavorable, towards the Government or the defendant from that fact.  You also may not speculate as to the reason why other people are not on trial at this time.  Is there any juror who cannot follow this instruction or who for this reason would have difficulty rendering a fair and impartial verdict?

**K.    Other Questions**

36.    Do any of you have problems with your hearing or vision that would prevent you from giving full attention to all of the evidence at this trial?

37.    Are any of you taking any medication, or do any of you have any medical condition, that would prevent you from giving full attention to all of the evidence at this trial?

38.     Do any of you have any difficulty in reading or understanding English?

39.     Do any of you have any religious, philosophical or other beliefs that would make you unable to render a guilty verdict in this criminal case?

40.     You may hear testimony in this case by expert witnesses.  Let me advise you that the use of expert testimony is proper in the context of this case.  Has any juror had any experiences with experts or do you have any general feelings about the use of experts that would make it difficult for you to render a wholly fair and impartial verdict?

41.     I expect this trial to take approximately 10 days.  Do any of you have any physical or personal problems that would prevent you from serving in this case for this length of time?

**L.     Function of the Court and Jury**

42.     The function of the jury is to decide questions of fact.  You are the sole judge of the facts.  When it comes to the law, however, you are to take your instructions from the Court, and you are bound by those instructions.  You may not substitute your own notions of what the law is, or what you think it should be.  At the conclusion of the case, your job will be to determine whether or not the defendant is guilty as charged in the Indictment.  Does any juror have any bias or prejudice, or any philosophical or religious belief, that might prevent or hinder him or her from accepting the instructions of law that I will give you in this case?

43.     Will each of you accept the proposition that the defendant is entitled to individual consideration, and that the mere fact that a defendant has associated with others who may have engaged in criminal activity does not itself make the defendant guilty?

44.     Will each of you accept the proposition that the defendant is presumed to be innocent and has no obligation to prove his innocence; rather, the task of proving guilt beyond a reasonable doubt rests exclusively to the government?

45.     Will each of you accept the proposition that a defendant is under no obligation to testify and that our Constitution guarantees that the decision not to testify cannot be held against a defendant—as the duty to prove guilt, beyond a reasonable doubt, again, rests exclusively with the government?

46.     Will each of you accept the proposition that the question of punishment is for the Court alone to decide, and that the question of possible punishment must not enter into your deliberations as to whether the defendant is guilty or not guilty of the crime charged?

47.     Will each of you accept the proposition of law that sympathy or empathy must not enter into the deliberations of the jurors as to whether a defendant is guilty or not guilty, and that only the evidence or lack of evidence produced here in Court may be used by you to determine whether the defendant is guilty or not guilty of the crime charged?

48.     It is not a particularly pleasant duty to find a person guilty of committing a crime. Is there any juror who feels that even if the evidence established the defendant's guilt beyond a reasonable doubt, he or she might not be able to render a guilty verdict for reasons unrelated to the law and the evidence?

**M.     Other Biases**

49.     In these questions, I have tried to direct your attention to possible reasons why you might not be able to sit as a fair and impartial juror.  Apart from any prior question, does any juror have the slightest doubt in his or her mind, for any reason whatsoever, that he or she will not be able to serve conscientiously, fairly, and impartially in this case, and to render a true and just verdict without fear, favor, sympathy, bias, or prejudice—and according to the law as it will be explained to you?

### N.    Juror's Background

50.    The Government respectfully requests that the Court ask each juror to state the following information:

a.  the juror's age;

b.  the area in which the juror resides and any other area the juror has resided during the last ten years;

c.  where the juror was born;

d.  the juror's educational background, including the highest degree obtained;

e.  whether the juror has served in the military, and if so in what capacity and for what duration;

f.  the juror's occupation;

g.  the name and location of the juror's employer, and the period of employment with that employer;

h.  the same information concerning other employment within the last five years;

i.  the same information with respect to the juror's spouse and any working children;

j.  whether the juror, or the juror's close family or friends, has served in federal, state, or local government, to include federal, state, or local law enforcement;

k.  what newspapers and magazines the juror reads and how often;

l.  what television programs the juror regularly watches;

m.  whether the juror watches "Law and Order," "CSI," or other police dramas;

n.  social media websites, such as Facebook or Twitter, used by the juror on a regular basis; and

o.  the juror's hobbies, and leisure-time activities and organizations.

11

**O.**     **Requested Instruction Following Impaneling of the Jury**

51.     From this point until the time when you retire to deliberate your verdict, it is your duty not to discuss this case, and not to remain in the presence of other persons who may be discussing this case.  The rule about not discussing the case with others includes discussions even with members of your own family, and your friends.

52.     If at any time during the course of the trial, any person attempts to talk to you or to communicate with you about this case, either in or out of the courthouse, you should immediately report such an attempt to me through my deputy clerk.  In this regard, let me explain to you that the attorneys and defendant in a case are not supposed to talk to jurors, not even to offer a friendly greeting. So, if you happen to see any of them outside this courtroom, they will, and should, ignore you.  Please do not take offense.  They will be acting properly by doing so.

53.    [Per the suggestion of the court of appeals in *United States* v. *Ganias*, 755 F.3d 125, 132-33 (2d Cir. 2014)]:  I know that many of you use cell phones, electronic devices, the internet and other tools of technology.  You also must not talk to anyone about this case or use these tools to communicate electronically with anyone about the case.  This includes your family and friends.  You may not communicate with anyone about the case on your cell phone, iPhone, electronic devices, text messaging, e-mail, social media websites or applications (including Facebook, Instagram, Twitter, LinkedIn, YouTube), blogs, websites, internet chat rooms, or by other means.

Date:   New York, New York
        July 17, 2024

Respectfully Submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:    _____/s/_____

Sam Adelsberg
Nicholas S. Bradley
Kimberly J. Ravener
Assistant United States Attorneys
(212) 637-2494 / -1581 / -2358

13