

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 17, 2024

**BY ECF**
The Honorable Jed S. Rakoff
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

     **Re:**    *United States v. Haji Abdul Satar Abdul Manaf*, S1 18 Cr. 762 (JSR)

Dear Judge Rakoff:

     Pursuant to the Court's Individual Rules, the Government respectfully submits for the Court's consideration its proposed preliminary instruction to the jury.

     Respectfully submitted,

     DAMIAN WILLIAMS
     United States Attorney

by:      **/s/**
     Sam Adelsberg
     Nicholas S. Bradley
     Kimberly J. Ravener
     Assistant United States Attorneys
     (212) 637-2494/1581/2358

cc: Counsel of Record (by ECF)