# EXHIBIT A

**United States v. Haji Abdul Satar Abdul Manaf, S1 18 Cr. 762 (JSR)**
**The Government's Proposed Preliminary Jury Instruction**

The defendant, Haji Abdul Satar Abdul Manaf, a/k/a "Haji Abdul Sattar Barakzai," has been charged in an Indictment with certain federal crimes. The Indictment is not evidence. Evidence comes from three places: testimony of witnesses; exhibits; and stipulations. The Indictment simply contains the charges that the Government must prove beyond a reasonable doubt. The Indictment contains five counts that you will consider.

Count One charges the defendant with attempted narcotics importation, in connection with allegations that he attempted to import at least one kilogram of heroin into the United States between January 2018 and October 2018. Count Two and Three charge the defendant with narco-terrorism offenses, meaning drug trafficking offenses committed while intending to provide something of monetary or economic value to organizations engaged in terrorist activity. Count Two charges the defendant with intentionally providing such payments to the Taliban, while Count Three charges the defendant with intentionally attempting to facilitate such payments to a faction of the Taliban called the Haqqani Network.

The defendant also is charged with two witness tampering offenses. Count Four charges the defendant with conspiring with others to use physical force or the threat of physical force in order to influence, delay, or prevent a Government source from testifying against the defendant regarding his alleged participation in the drug trafficking and narco-terrorism offenses. Count Five charges the defendant with aiding and abetting others to use physical force or the threat of physical force against that same Government source, in order to influence, delay, or prevent that same individual from testifying against him.

The defendant has pled not guilty to all these charges. This means he is presumed innocent on each charge until and unless you are satisfied that the Government has proved each essential element beyond a reasonable doubt, a standard I will explain to you later in this case.