UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

HAJI ABDUL SATAR ABDUL MANAF,
a/k/a "Haji Abdul Sattar Barakzai,"

Defendant.

S1 18 Cr. 762 (JSR)

[PROPOSED] ORDER

WHEREAS, counsel for the defendant, Haji Abdul Satar Abdul Manaf, request that the defendant be permitted to wear business attire while he is in Courtroom 14B for the duration of his criminal trial commencing July 22, 2024; and

WHEREAS, counsel for the defendant seek to provide articles of clothing to the United States Marshals Service ("USMS") and/or the Bureau of Prisons ("BOP") for the defendant to wear in Courtroom 14B;

IT IS HEREBY ORDERED that the USMS and/or BOP permit and make appropriate arrangements for the defendant to wear business attire while he is in Courtroom 14B for the duration of his criminal trial commencing July 22, 2024; and

IT IS FURTHER ORDERED that the USMS and/or BOP accept and maintain on the defendant's behalf the following articles of clothing to be provided by defense counsel: one (1) blazer; three (3) pairs of slacks; five (5) dress shirts; five (5) pairs of socks; two (2) pairs of shoes; and appropriate undergarments.

SO ORDERED.

Dated: July 17, 2024
       New York, New York

_____
The Honorable Jed S. Rakoff
United States District Judge