UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*Plaintiff*.<br><br>v.<br><br>HAJI ABDUL SATAR ABDUL MANAF, a/k/a "Haji Abdul Sattar Barakzai,"<br><br>*Defendant*. | S1 18 Cr. 762 (JSR)<br><br><br>**[PROPOSED] ORDER TO SHOW CAUSE FOR ADMISSION OF ATTORNEY MATTHEW T. NELSON *PRO HAC VICE*** |

The motion of Matthew T. Nelson for admission to appear *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the Bar of the State of New York, and that his contact information is as follows:

> Matthew T, Nelson
> COVINGTON AND BURLING LLP
> 620 Eighth Ave.
> The New York Times Building
> New York, NY 10018
> (212) 841-1000
> mnelson@cov.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Haji Abdul Satar Abdul Manaf in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to appear *pro hac vice* for all purposes as counsel for Defendant Haji Abdul Satar Abdul Manaf in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing

before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password.

DATED:                                                    SO ORDERED:

July __19__, 2024

_____
The Honorable Jed S. Rakoff
United States District Judge