*Cf. Ex. 1*

UNITED STATES OF AMERICA

-v-

HAJI ABDUL SATAR ABDUL MANAF
(A/K/A "HAJI ABDUL SATTAR
BARAKZAI")

PRELIMINARY INSTRUCTION

18-cr-762 (JSR)

To the Jury:

Before you begin to hear the evidence, I want to give you a brief overview of the charges in this case. After you have heard all the evidence and the parties have made their closing arguments, I will give you detailed instructions of law that will replace this preliminary instruction and will govern your deliberations.

This is a criminal case and there are five charges. The first charge is that the defendant, Haji Abdul Satar Abdul Manaf, who also goes by the name Haji Abdul Sattar Barakzai, attempted to import one kilogram or more of heroin into the United States between January and October 2018. The second and third charges are that Mr. Manaf distributed, or possessed with the intent to distribute, narcotics, while intending to provide something of monetary or economic value to terrorist organizations. More specifically, he is charged with intending to provide something of monetary value to the Taliban and with intentionally attempting to provide something of monetary value to the Haqqani Network, a faction of the Taliban, while Mr. Manaf knew that those organizations engage in terrorism. The fourth and fifth charges are that Mr. Manaf conspired with, and aided and abetted, at least one other person to use physical force or the threat of physical force, in order to influence, delay, or prevent a Government witness from testifying against Mr. Manaf regarding his participation in the first three charges.

Mr. Manaf has pleaded not guilty to each of these charges. This means he is presumed innocent on each charge until and unless you are satisfied that the Government has proved each essential element of that charge beyond a reasonable doubt, a standard I will explain to you later in this case.

Please remember that this preliminary instruction is simply a very brief overview of the charges in this case. I will later give you more detailed, final instructions that will replace this overview and will govern your deliberations.

Judge Rakoff