UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>HAJI ABDUL SATAR ABDUL MANAF (A/K/A "HAJI ABDUL SATTAR BARAKZAI"),<br><br>Defendant. | 18-cr-762 (JSR)<br><br>**VERDICT** |

1. On Count One, the charge of attempted distribution of heroin into the United States, we the jury find defendant Haji Abdul Satar Abdul Manaf, also known as Haji Abdul Sattar Barakzai:

    Guilty __✓__    Not Guilty _____

    [If you find "Guilty" on Question 1, answer Question 2. Otherwise, skip Question 2.]

2. Having found the defendant guilty on Count One, we further determine that the amount of mixtures or substances containing a detectable amount of heroin that the defendant attempted to distribute was:

    One kilogram or more __✓__

    Less than one kilogram but 100 grams or more _____

    Less than 100 grams _____

3. On Count Two, the charge of drug trafficking with intent to provide something of pecuniary value to the Taliban, we the jury find defendant Haji Abdul Satar Abdul Manaf, also known as Haji Abdul Sattar Barakzai:

    Guilty __✓__    Not Guilty _____

    [If you find "Guilty" on Question 3, answer Question 4. Otherwise, skip Question 4.]

4. Having found the defendant guilty on Count Two, we further determine that the amount of mixtures or substances containing a detectable amount of heroin that the defendant distributed was:

    One kilogram or more __✓__

    Less than one kilogram but 100 grams or more _____

      Less than 100 grams _____

5. On Count Three, the charge of attempted drug trafficking in attempt to provide something of pecuniary value to the Haqqani Network, we the jury find defendant Haji Abdul Satar Abdul Manaf, also known as Haji Abdul Sattar Barakzai:

    Guilty ___✓___        Not Guilty _____

[If you find "Guilty" on Question 5, answer Question 6. Otherwise, skip Question 6.]

6. Having found the defendant guilty on Count Three, we further determine that the amount of mixtures or substances containing a detectable amount of heroin that the defendant attempted to distribute was:

      One kilogram or more __✓__

      Less than one kilogram but 100 grams or more _____

      Less than 100 grams _____

7. On Count Four, the charge of conspiracy to commit witness tampering, we the jury find defendant Haji Abdul Satar Abdul Manaf, also known as Haji Abdul Sattar Barakzai:

    Guilty ___✓___        Not Guilty _____

8. On Count Five, the charge of aiding and abetting witness tampering, we the jury find defendant Haji Abdul Satar Abdul Manaf, also known as Haji Abdul Sattar Barakzai:

    Guilty ___✓___        Not Guilty _____

                                        _Natasha N. Gonzalez_
                                                  **FOREPERSON**

                            Date: ___8/1/24___