UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

HAJI ABDUL SATAR ABDUL MANAF,
   a/k/a "Haji Abdul Sattar Barakzai,"

Defendant.

S1 18 Cr. 762 (JSR)

---

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

The Court, having considered the motion for Matthew T. Nelson to withdraw as counsel for Defendant in the above-captioned action, and it appearing to the Court that the relief requested is appropriate, IT IS HEREBY ORDERED that Matthew T. Nelson is granted leave to withdraw from his representation of Defendant in this action and that such withdrawal is effective immediately. The Clerk of the Court is respectfully directed to remove Mr. Nelson from the docket and from the service list in this action.

SO ORDERED this 13th, day of August, 2024.

                                                          Hon. Jed S. Rakoff
                                                          United States District Judge