# EXHIBIT 1

Dear Judge Rakoff,

I am writing as a relative of Mr. Manaf to offer insight into his character, kindness, and dedication to those around him. I have had the privilege of knowing Mr. Manaf for many years, and during this time, he has exemplified the very best qualities a person can possess.

Mr. Manaf is a person of exceptional kindness and humility. Known throughout our family and community for his generosity, he has always been someone we can rely on in any situation, no matter how challenging. Whether it was financial support, emotional encouragement, or simply being there to lend a helping hand, Mr. Manaf never hesitated to offer his assistance. He is the person we turned to in times of need, and he has always met those needs with compassion, patience, and a deep sense of responsibility.

Beyond his family, Mr. Manaf's positive influence extends to our community, where he has been an unwavering source of support for those less fortunate. He has helped families build homes, funded weddings for those who couldn't afford them, and ensured that many children received the education they deserved. His generosity and commitment have left a lasting impact on countless lives.

One of Mr. Manaf's most remarkable qualities is his conduct and temperament. He treats everyone with respect and is known for his calm, patient approach. Even in difficult situations, he remains composed and thoughtful, never resorting to anger or frustration. He has been a voice of wisdom and peace, often mediating conflicts and helping others find common ground.

Since his absence, our family has felt an immense void. Without Mr. Manaf, we lack his guidance and support, and our lives have been deeply affected. He is more than just a relative; he is our family's foundation. His absence has been an emotional and practical hardship for all of us.

I kindly ask that you consider his lifelong dedication to family and community, as well as the positive impact he has had on countless lives. Mr. Manaf has consistently demonstrated a good heart, exceptional character, and unwavering commitment to helping others. His absence is felt by many, and we earnestly hope to have him back with us.

Thank you very much for your time and consideration.

Respectfully,
Ahmed khan Mr Manaf's relative .