# EXHIBIT 2

Hello ,

1.I am Ahmed khan and nephew of haji Sattar .i am very very thankful to my uncle as he help me to study out of my city(Quetta) in 2009 the circumstances in my city was very terrible ,no one was able to go out side if someone try result was in dead body or fond in hospital .there was bomb blast and target killing ,many many innocent people lose there life .Then he decided to take his children and nephew's to study out side of city as in other city there was good circumstances.

After that we went to Lahore in 2009 and I was only 9 years old ,we studied there for 11 years as I graduated from punjab university.

So from 6th class to graduation all the expenses of my and cousins took by haji Sattar we are very very very thankful to him as we grew educated if not I could never stand here today as I am ,I am very thankful to Allah and haji Sattar.

2.During study time I was fall in love with my cousin (daughter of haji Sattar) I told my father I want to merry her,he told my uncle about my love ,after some time he agreed and decided to married her daughter to me . I am very very thankful of my life thanks Allah and haji abdul Sattar khan .

Haji Sattar khan is known of his kindness to everyone a kind personality and we pray for his urgent release from jail . There are several stories of him how he helped out people during their hard times . We pray for him and request American government to release him as he is a gem a leader  .many people are waiting for his release.

He has a daughter (Nadia )she didn't saw him ,when he got prison she was born after 4 months of him .

We request American government to release him as he is kind and a good personality he never harm someone's life .