# EXHIBIT 3

Dear Honorable judge:

I am writing to respectfully request that you consider my father, Mr. Manaf's long-standing contributions to our community as you evaluate his sentencing. My father has always served as a pillar of peace and support, both in Balochistan and Afghanistan, positively impacting many lives through his dedication to justice, charity, and the welfare of those around him. I hope these details help portray the compassionate and selfless person he truly is.

Mediator and Peacebuilder
One of my father's greatest strengths is his ability to resolve conflicts and restore harmony. He has served as a trusted mediator and arbitrator in our community for years, stepping in to peacefully resolve issues that could have easily escalated. A particularly notable example involved a land dispute between two families, a situation that risked dividing the entire community. Recognizing the potential for tension, my father organized discussions, meeting separately with each family to hear their grievances and concerns. He patiently guided both parties toward understanding each other's perspectives, eventually brokering a fair solution that satisfied everyone involved. This resolution not only prevented a potential rift but also reinforced community trust and cohesion. His success in resolving this conflict has led many others to seek his guidance in similar situations, appreciating his fairness and commitment to peaceful solutions.

Charitable Work and Contributions
Beyond his role as a mediator, Mr. Manaf has been deeply committed to charitable work, focusing especially on underserved communities in Balochistan and Afghanistan. He has funded several initiatives to improve education and healthcare, understanding that these fundamental needs form the backbone of any thriving society. In one rural village in Balochistan, my father helped fund the establishment of a primary school, giving children access to education that was previously unavailable. He also supported a health clinic in Afghanistan, covering costs for essential medicines and equipment, ensuring that families without means could access basic medical care. These contributions have brought meaningful change to communities often overlooked, and he continues to be held in high regard for his dedication to improving lives.

Additional Community Impact
In addition to his charitable contributions, my father has always been someone to whom people turn in times of need. From helping organize relief efforts during difficult times to personally providing financial aid to struggling families, his actions consistently reflect his commitment to the welfare of others. Many community members view him as a role model for compassion, kindness, and service, and they are deeply grateful for the support he has offered.

Mr. Manaf's life and work have been centered around promoting peace, supporting those in need, and helping to create a stronger, more unified community. His contributions are a true reflection of his character, and I respectfully urge you to consider these efforts as a testament to his positive impact.

Thank you for taking the time to read this letter and for considering the good that Mr. Manaf has done in our community.

Sincerely,
Saifullah