# EXHIBIT 4

Dear Honorable Judge,

I hope this email finds you well. I am writing to bring to your attention a matter of utmost importance regarding the case of Abdul Sattar. I am aware of the gravity of the situation at hand, but I feel compelled to share some information that I believe is crucial for your consideration.

Abdul Sattar, who is currently under detention, has been an invaluable member of our community. His unwavering commitment to helping others and his selfless dedication to the betterment of our society are qualities that are truly exceptional. I have personally witnessed his kindness and generosity towards those in need, and I can attest to the positive impact he has had on our community.

Abdul Sattar's contributions to the field of education are unparalleled. He firmly believed that education is the key to broadening one's perspective and understanding the world from different angles. His tireless efforts to improve educational opportunities for everyone have left an indelible mark on our community.

I can attest to Abdul Sattar's character and his willingness to assist anyone in need. His compassionate nature and willingness to help others without hesitation have touched the lives of many in our community. Without his presence, we feel a palpable void, and his absence has left many feeling helpless.

Considering Abdul Sattar's exemplary character, his significant contributions to our community, and the positive influence he has had on so many lives, I respectfully urge you to consider his release. I firmly believe that he poses no threat to society and that his continued detention would be a loss not only for him but also for our community as a whole.

I appreciate your time and attention to this matter. Your thoughtful consideration of this request would be deeply appreciated by all who know Abdul Sattar and have benefited from his kindness and generosity. Thank you for your attention to this important issue.

Sincerely,

Khalid Jan
Bachelor of business administration student