# EXHIBIT 5

A courtesy copy of Exhibit 5 will be provided to the court, as it was previously filed on the docket under seal at Dkt. 105.