# EXHIBIT 6



# STATE BANK OF PAKISTAN

## DOMESTIC MARKETS & MONETARY MANAGEMENT DEPARTMENT

**Weighted Average Customer Exchange Rates[1] as on 26-Jul-18**

| CURRENCY | BUYING | SELLING |
|----------|--------|---------|
| AED | 34.8884 | 34.9373 |
| AUD | 95.3065 | 95.4488 |
| CAD | 98.2752 | 98.4171 |
| CHF | 129.2466 | 129.4352 |
| CNY | 18.9212 | 18.9457 |
| EUR | 150.3633 | 150.5818 |
| GBP | 169.1606 | 169.4037 |
| JPY | 1.1573 | 1.1589 |
| SAR | 34.1714 | 34.2186 |
| USD | 128.1583 | 128.3446 |

[1] Note: The data is compiled and disseminated for information only. These Exchange Rates are an estimate of the Exchange Rates quoted by various Commercial Banks to their clients. They are compiled from the Exchange Rate sheets issued daily by various Commercial Banks providing their indicative Exchange Rates for commercial transaction with customers.



DEFENDANT'S
EXHIBIT
1206