# EXHIBIT 7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                    :

UNITED STATES OF AMERICA         :

                    :

      - v. -            :    S1 18 Cr. 762 (JSR)

                    :

                    :

Haji Abdul Satar Abdul Manaf,    :
  a/k/a "Haji Abdul Sattar Barakzai,"    :

                    :

          Defendant.    :

                    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| Government Exhibit: | 202-T |
| Date of Recording: | March 10, 2018 |
| Participants: | HAJI DAWOOD |
| | DEFENDANT |

GOVERNMENT
EXHIBIT
202-T
18 Cr. 762 (JSR)

| # | PARTICIPANTS | ENGLISH TRANSLATION/TRANSCRIPTION |
|---|---|---|
| 1. | HAJI DAWOOD | Haji Sahib, how much are their price in Kabul? |
| 2. | DEFENDANT | I don't know. I will see it in person. |
| 3. | HAJI DAWOOD | Ok, no problem. |
| 4. | DEFENDANT | I am not aware. I know about here, not there. |
| 5. | HAJI DAWOOD | Ok. Very good, Haji Sahib. There is no problem in Kabul? |
| 6. | DEFENDANT | No. There is no problem. |
| 7. | HAJI DAWOOD | Very good, Haji Sahib. God's willing when the sample arrive to me here in New York, I will speak to the friends, and we can get ready for a big deal. |
| 8. | DEFENDANT | I will load them and deliver them to you in a governmental vehicle. |
| 9. | DEFENDANT | What is this? |
| 10. | HAJI DAWOOD | I didn't understand that. |
| 11. | DEFENDANT | It is not a problem for you to take all the way to America; it is a problem for me to take to Kabul? |
| 12. | HAJI DAWOOD | You… |

| 13. | DEFENDANT | I will load them in governmental vehicle and deliver them to you in governmental vehicle. |
| 14. | HAJI DAWOOD | Where will you deliver it? |
| 15. | DEFENDANT | In Kabul. |