# EXHIBIT 8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                         :

UNITED STATES OF AMERICA                :
                                           :
            - v. -                  :     S1 18 Cr. 762 (JSR)
                                           :
                                           :
Haji Abdul Satar Abdul Manaf,      :
    a/k/a "Haji Abdul Sattar Barakzai,"   :
                                           :
                   Defendant.        :
                                           :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Government Exhibit:      215-T

Date of Recording:      August 13, 2018

Participants:           HAJI DAWOOD

                       DEFENDANT

1

GOVERNMENT
EXHIBIT
215-T
18 Cr. 762 (JSR)

| # | PARTICIPANTS | ENGLISH TRANSLATION/TRANSCRIPTION |
|---|---|---|
| 1. | HAJI DAWOOD | God's willing, our business has reached to 500 pieces, ok? |
| 2. | DEFENDANT | God is merciful. If God would want it to happen, it will reach 1500. |