# EXHIBIT 9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                  :
UNITED STATES OF AMERICA                                           :
                                                                  :
            - v. -                                                :    S1 18 Cr. 762 (JSR)
                                                                  :
                                                                  :
Haji Abdul Satar Abdul Manaf,                                     :
    a/k/a "Haji Abdul Sattar Barakzai,"                           :
                                                                  :
                    Defendant.                                    :
                                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Government Exhibit:        601C-T

Date of Recording:         October 9, 2018

Participants:              HAJI DAWOOD

                           DEFENDANT


Abbreviations:             [U/I] Unintelligible

GOVERNMENT
EXHIBIT
601C-T
18 Cr. 762 (JSR)

| # | PARTICIPANTS | ENGLISH TRANSLATION/TRANSCRIPTION |
|---|---|---|
| 1. | HAJI DAWOOD | Haji Sahib, if you and I… if we do 3 tours a year, 2 tours or 3 tours; did you understand? The entire New York market… other than New York, the entire east of America… you and I will have the entire market of east of America under our control. Did you understand? If you and I … if you see, right?… if you and I do 1,500 kilograms in 3 tours in 1 year, 500 kilograms in every tour, 1,500 kilograms per year, if you and I can deliver that much, not only New York, we will have the entire markets of east of America under your and my control. Once they have a taste of it, the price will go up to 60 to 65 for next tours and then the price will go from 65 to 70. Just like your mark will become famous there, the item will also become famous, and everyone will know that they must take from Helmand 1. But we should move forward with honesty. We should move forward slowly, Haji Sahib. We shouldn't hurry. |
| 2. | DEFENDANT | Dear Haji, dear Haji! Let me tell you something. I have lands and properties, thank God; I have like a bank, ok? We will buy a vehicle, ok? We will buy a Bank [U/I] vehicle. |
| 3. | HAJI DAWOOD | Right. |
| 4. | DEFENDANT | They have old vehicles. When the carrier is taking them, and if God forbid, the government gives them something,… They try to carry them but they don't carry them with guarantee. They charge 6,000 Kaldar. How can there be a guarantee in 6,000 Kaldar? I was wondering to say… I have a suggestion. You have more experience, but I am just suggesting. |
| 5. | HAJI DAWOOD | Sure! Why not? |
| 6. | DEFENDANT | First of all, you and we need to work hard on the items. Ok? And besides that, the items should be…. From the place where I am doing it… You said Gwadar? You want them in Gwadar? |
| 7. | HAJI DAWOOD | Gwadar or wherever else that you can take them out to. |

2

| 8. | DEFENDANT | Dear Haji, for me, Karachi is not a problem, nor is… |
| 9. | HAJI DAWOOD | Ok. I leave that in your hands. |
| 10. | DEFENDANT | Gwadar is also not a problem for me, ok? I … it is the carrier who will take it. |
| 11. | HAJI DAWOOD | Ok. |
| 12. | DEFENDANT | I… with the hope from God… I have hope in God. You may not know this; I have a lot of connection everywhere. I have accessibility and connection, ok? With the hope from God, just like you are giving me experience about what you will do, I also give you experience that, God willing, if one can do it during the daytime, I can do that during the night with the hope from God. |
| 13. | HAJI DAWOOD | God willing! |
| 14. | DEFENDANT | I have contacts, but I am doing it cautiously, ok? |
| 15. | HAJI DAWOOD | God willing! |
| 16. | DEFENDANT | These people who work in Karachi, our carrier, they can go to Karachi, they can go to Gwadar. I don't want to do all of the 500 pieces at one time. If you agree with it, I want to do 50 pieces at a time from Baram Chah. |

3