# EXHIBIT 10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA                                        :
:
- v. -                                    :        S1 18 Cr. 762 (JSR)
:
:
:
Haji Abdul Satar Abdul Manaf,                                  :
  a/k/a "Haji Abdul Sattar Barakzai,"                          :
:
Defendant.                         :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| Government Exhibit: | 903A-T |
| Date of Call: | February 28, 2019 |
| Time of Call: | 13:22:51 PM |
| Call Placed From: | Metropolitan Correctional Center |
| Phone Number Called: | 6467972772 |

| | |
|---|---|
| Participants: | DEFENDANT |
| | HIKMAT |
| | HAJI QAYYUM |
| | AMIR |
| | WALI MOHAMMAD |

| | |
|---|---|
| Abbreviations: | [U/I] Unintelligible |

1

GOVERNMENT
EXHIBIT
903A-T
18 Cr. 762 (JSR)

| # | PARTICIPANTS | ENGLISH TRANSLATION/TRANSCRIPTION |
|---|---|---|
| 1. | HIKMAT | Hello! |
| 2. | DEFENDANT | Hello, Hikmat How are you? Are you fine? |
| 3. | HIKMAT | Thanks to Allah, Agha Jan, what about you? Are you good? |
| 4. | DEFENDANT | I'm trying since morning after I offered prayers. It was not going through, you Haji Qayyum. |
| 5. | HIKMAT | Not connecting, not connecting. I've tried everything, but it's not going through. |
| 6. | DEFENDANT | You call Haji Qayyum, did you fix his home telephone? |
| 7. | HIKMAT | Home telephone is transferred to Sediq's number and SIM, I will send his number tonight. |
| 8. | DEFENDANT | What? |
| 9. | HIKMAT | Did you talk with Haji Qayyum yesterday? |
| 10. | DEFENDANT | Yes, I talked to Haji Qayyum. |
| 11. | DEFENDANT | That telephone costs a lot, change it to a New York number, I have also made it a New York number. |
| 12. | HIKMAT | Here talk now. Hello Agha, can you hear me? Talk now |

| 13. | HAJI QAYYUM | Hello |
|---|---|---|
| 14. | DEFENDANT | Hello, how are you? |
| 15. | HAJI QAYYUM | How are you? Are you well? How are you feeling? |
| 16. | DEFENDANT | Thanks to Allah, thanks to His grace. I have not received the money and change your telephone to a New York number; this one costs a lot. |
| 17. | HAJI QAYYUM | I will fix that; can you hear me well Haji Lala? |
| 18. | DEFENDANT | Yes, I can hear. |
| 19. | HAJI QAYYUM | The person whose name is similar to your son's name is sitting here. |
| 20. | DEFENDANT | Okay |
| 21. | HAJI QAYYUM | He is saying [U/I] Uncle Karam Khan is also here, his brother, Mr. Haji Maulawai is also here, Wali Mohammad is here, Mr. Hafiz is here, Mr. Haji Ameen is here everyone is here. |
| 22. | DEFENDANT | So didn't you tell him that he introduced to me...? |
| 23. | HAJI QAYYUM | He is saying I have not introduced this person to him. |
| 24. | DEFENDANT | He introduced him to me, he gave me his number, he called saying that I went with him to Mozambique, I went with him to Mozambique worked with him I was shot by Taliban, then I left, okay he said I know him he is from Bagram. Uncle Karam was also sitting there. |

3

| 25. | AMIR | Can you hear me, Haji Agha? |
|---|---|---|
| 26. | DEFENDANT | Yes, I can hear you. |
| 27. | AMIR | How are you, Haji Agha? Doing okay? Feeling well? |
| 28. | DEFENDANT | Amir, you introduced this person to me, now you are denying it? |
| 29. | AMIR | [U/I] talk about introduction. |
| 30. | DEFENDANT | Haji Sahib, I do not know him. I have not seen him before, you said he is my friend who traveled with me, there is nothing to worry about Uncle Karam was also sitting there with me at home, I don't have his number. He called him I asked who he is? When we came to his home, he said I guarantee him, he sent 24 Lakh rupees, he made each and everything, is he denying now from all these? |
| 31. | AMIR | No, when you were with me, I told you in the beginning about Haji Kadim who is in Iran and you told me, no, I will introduce someone else, and Haji Karam Mama was also sitting there. Didn't you tell me about the number of money, you told me that he gave me the number of $100,000 in Kabul. |
| 32. | DEFENDANT | Dear Haji Sahib… |
| 33. | AMIR | You told me that I found other Hazaras that transferred it under their name |
| 34. | DEFENDANT | Dear Haji Sahib, I didn't know this person, but Uncle Karam was present when you guaranteed him. You previously told me that I had traveled with him and worked with him on various contracts. Then, you were attacked by the Taliban, and you reassured me, saying, 'Don't worry about him; he's a friend you've known for a while.' But now, you're saying I don't know him? I didn't even have his phone number! Haji Qayyum, please take the phone; Haji Qayyum's phone is cutting off. |

4

| 35. | DEFENDANT | Hello Haji Qayyum! |
| 36. | HIKMAT | Give telephone to Haji Qayyum, hand over the phone to him. |
| 37. | HAJI QAYYUM | Hello! |
| 38. | DEFENDANT | Hello, Haji Qayyum, what to do now, I told you neither have I seen this person, nor do I know him. Uncle Karam was sitting with me when he said I have worked with him, he is a trustworthy person, I have never seen this person before. |
| 39. | HAJI QAYYUM | Absolutely! He said I have not introduced the person to him, nor I know him. I introduced him to another Saraf. |
| 40. | DEFENDANT | Saraf, I don't even know Saraf, is he hearing what I'm saying? |
| 41. | HAJI QAYYUM | I came out now if you want him to hear it again now, he is not hearing. |
| 42. | DEFENDANT | No, you take the phone and phone password from him, hand him to someone hand him to someone, he will confess like a bird, Baqi. Was Uncle Karam was sitting; didn't Uncle Karam tell something to him? |
| 43. | HAJI QAYYUM | He is not saying anything to him, but he is denying again and again. |
| 44. | DEFENDANT | If he is not confessing don't let him go and take the phone from him, then hand him to Baqi or Wali Mohammad. Is Wali Mohammad there or not? |
| 45. | HAJI QAYYUM | Yes, he is here. |
| 46. | DEFENDANT | Call him, this person will run away otherwise. |

| 47. | HAJI QAYYUM | Okay. |
|---|---|---|
| 48. | DEFENDANT | If he goes out of there now, then he will call here; don't let him go from there for a single minute, whether he has a brother named Mawlavi or not. Take him to the Parliament member and take the phone password from him, Shahabuddin will take out all the contacts in a minute. Don't give him time. |
| 49. | HAJI QAYYUM | Yes, here, Wali Mohammad just came. |
| 50. | DEFENDANT | Hand over the phone. |
| 51. | WALI MOHAMMAD | I can hear you now. How are you, Haji Lala? |
| 52. | DEFENDANT | Dear nephew, call Baqi to come and hand over him to him and take the phone from him He will tell the whole story in a minute. I have not seen that person he guarantees him, Uncle Karam was sitting with me at home I asked him who is this person calling I told him not to call, he said he is my man, I have worked with him, I traveled with him, he said all these things. |
| 53. | WALI MOHAMMAD | No, no don't worry God willing we will do the exact same. |
| 54. | DEFENDANT | Don't let him go. |
| 55. | WALI MOHAMMAD | Don't worry, don't worry. |
| 56. | DEFENDANT | Tell Agha Wali to come, tell Agha Wali to come; take the phone from him and he will confirm everything in two minutes, in two minutes, he will make phone calls here again and his phone calls will not benefit me. If he leaves , he can cause harm to me here. |

6

| 57. | WALI MOHAMMAD | What you said? |
|-----|---------------|----------------|
| 58. | DEFENDANT | I said then he will call that person, to his own person. |
| 59. | HAJI QAYYUM | He will not get that kind of chance. |
| 60. | DEFENDANT | Okay don't give him a chance I will call you at night. |
| 61. | DEFENDANT | Is Haji Ubaidullah there? |
| 62. | HAJI QAYYUM | Yes. |
| 63. | DEFENDANT | Look at the phone ok, when Shahabuddin will come then whatever he said on phone we will get that, what he said, what he is going to do, now what he is saying we can find each and everything and how much he has taken and who is behind him. |
| 64. | HAJI QAYYUM | Shahabuddin is here. |
| 65. | DEFENDANT | Is Shahabuddin there? |
| 66. | HAJI QAYYUM | Yes. |
| 67. | DEFENDANT | First take that thing from him, take that thing from him, take password from him, Shahabuddin will get all in a minute, front and back. |
| 68. | HAJI QAYYUM | You don't worry about it. |

7

| 69. | DEFENDANT | Okay then I will call you at night don't switch off the phone, and don't give him a chance to leave. |