# EXHIBIT 11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                      :

UNITED STATES OF AMERICA        :

                      :

        - v. -              :     S1 18 Cr. 762 (JSR)

                      :

                      :

Haji Abdul Satar Abdul Manaf,    :
  a/k/a "Haji Abdul Sattar Barakzai,"    :

                      :

          Defendant.     :

                      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| Government Exhibit: | 201B-T |
| Date of Recording: | February 12, 2018 |
| Participants: | HAJI DAWOOD |
| | DEFENDANT |

1

**GOVERNMENT EXHIBIT 201B-T 18 Cr. 762 (JSR)**

| # | PARTICIPANTS | ENGLISH TRANSLATION/TRANSCRIPTION |
|---|---|---|
| 1. | DEFENDANT | From the airport… the transit… there is no direct flight to America. It is transit to Dubai, and from Dubai to there, ok? |
| 2. | HAJI DAWOOD | Ok. |
| 3. | DEFENDANT | So, if you have a way, or if you can, or if you know any other way -- ok? |
| 4. | HAJI DAWOOD | Ok. |
| 5. | DEFENDANT | There is no problem with the appliances. I can provide them to you, ok? |
| 6. | HAJI DAWOOD | Ok. |
| 7. | DEFENDANT | I don't have the way, ok? |
| 8. | HAJI DAWOOD | Ok. |
| 9. | DEFENDANT | I don't have any way at all, ok? |
| 10. | HAJI DAWOOD | Ok. |
| 11. | DEFENDANT | If you can do something, ok? … Amir! I want to show you a way. I have been after it so much, but I haven't been able to find a good person. Ok? |
| 12. | HAJI DAWOOD | Ok. |

2