# EXHIBIT 12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                      :

UNITED STATES OF AMERICA               :

                                    :

              - v. -                   :     S1 18 Cr. 762 (JSR)

                                    :

                                    :

Haji Abdul Satar Abdul Manaf,        :
   a/k/a "Haji Abdul Sattar Barakzai,"   :

                                    :

                  Defendant.       :

                                    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Government Exhibit:         203A-T

Date of Recording:         June 20, 2018

Participants:               HAJI DAWOOD

                          DEFENDANT

1

GOVERNMENT
EXHIBIT
203A-T
18 Cr. 762 (JSR)

| # | PARTICIPANTS | ENGLISH TRANSLATION/TRANSCRIPTION |
|---|---|---|
| 1. | HAJI DAWOOD | Were you sending from Afghanistan to the other side? |
| 2. | DEFENDANT | Yes. I was sending crystal from Pakistan to Tanzania. Crystal. |
| 3. | HAJI DAWOOD | Yes, that is what I was talking about. Crystal! |
| 4. | DEFENDANT | Yes, crystal. When I was in Iran, I was delivering flowers, teapots, and pistachios, and stuff like that. There is no profit in rice, not at all. Even this business has no profit, let alone the rice. You know that. |
| 5. | HAJI DAWOOD | Right. How much crystal did you send, Haji Sahib? |
| 6. | DEFENDANT | I gave 400 at one occasion and again 200. I mean, I sent to them 560 of them. |
| 7. | HAJI DAWOOD | How many, Haji Sahib? |
| 8. | DEFENDANT | 560. |
| 9. | HAJI DAWOOD | Honestly, you had a lot of money stuck. You faced a big loss. |
| 10. | DEFENDANT | I finally found the way, I found the ship. They used to go from here to Tanzania on the ground. It used to go from sea to ground. I found the way. I set up the way. I didn't go with them personally, but I sent them. I sent them 2 to 3 times. The first time they had 200 of theirs caught. Ok. |
| 11. | HAJI DAWOOD | Ok. |

2

| 12. | DEFENDANT | 200 were caught. The ship had fishes and they were placed under the fishes. That person got himself snitched on by someone. He got caught on his way. That is what they told me. I don't know it for sure. That is what they told me. I didn't see it happening. Ok. |
| --- | --- | --- |