# EXHIBIT 13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :
UNITED STATES OF AMERICA                             :
                                                    :
            - v. -                                   :      S1 18 Cr. 762 (JSR)
                                                    :
                                                    :
Haji Abdul Satar Abdul Manaf,                        :
    a/k/a "Haji Abdul Sattar Barakzai,"              :
                                                    :
                        Defendant.                   :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


Government Exhibit:        203C-T

Date of Recording:         June 20, 2018

Participants:              HAJI DAWOOD

                           DEFENDANT

1

GOVERNMENT
EXHIBIT
203C-T
18 Cr. 762 (JSR)

| # | PARTICIPANTS | ENGLISH TRANSLATION/TRANSCRIPTION |
|---|---|---|
| 1. | HAJI DAWOOD | Very good, Haji Sahib. There is no problem. You and I will set it up if God's willing. You have contact at the launch at the Pakistan or Iran harbor, don't you? |
| 2. | DEFENDANT | I do. I, from Gwadar, to Tanzania; it has been two years that I haven't been there. I will go. I will find the person and I will go after it. I will send to you via launch. |
| 3. | HAJI DAWOOD | Very good, Haji Sahib. I have spaces in Mombasa, Kenya. |
| 4. | DEFENDANT | Ok. |
| 5. | HAJI DAWOOD | God's willing, we will send the business there via Mombasa and Tanzania and then from there I will change the bills and papers. We will send them to Australia and America from there. |
| 6. | DEFENDANT | No problem. From this point onward, whatever you want to do, say the name "rice", and we will know it; I know it now, ok. |
| 7. | HAJI DAWOOD | Ok. |
| 8. | DEFENDANT | Whatever you want, tell me. Tell me what type of rice: sela rice, or the other types of rice. I will go tomorrow or the day after tomorrow to handle the launch and see friends. You are a professional person. This is like asphalt. They don't go asphalt, they go on the ground; they go all the way to Tanzania. They deliver with assurance. |
| 9. | HAJI DAWOOD | Ok. |
| 10. | DEFENDANT | It takes a little bit extra fare to deliver to Tanzania. Anyone who tells you that he will deliver to you after Tanzania, that is something that you are doing, not us. |

| 11. | HAJI DAWOOD | Ok, no problem. I will take care of it on that side, Haji Sahib. |
| 12. | DEFENDANT | No problem, no problem. I know how to prepare it and everything else here. I know what to prepare and what I should send. I am familiar with all these. I will send my brother. I will inspect the workers when I send them. I will prepare the things and inspect them to make sure it doesn't have any problem, because if you get something bad, it won't do you any good there. |