# EXHIBIT 14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                      :
UNITED STATES OF AMERICA                               :
                                                      :
          - v. -                                       :          S1 18 Cr. 762 (JSR)
                                                      :
                                                      :
Haji Abdul Satar Abdul Manaf,                          :
   a/k/a "Haji Abdul Sattar Barakzai,"                 :
                                                      :
                    Defendant.                         :
                                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| Government Exhibit: | 204A-T |
| Date of Recording: | July 11, 2018 |
| Participants: | HAJI DAWOOD |
| | DEFENDANT |

GOVERNMENT
EXHIBIT
204A-T
18 Cr. 762 (JSR)

1

| # | PARTICIPANTS | ENGLISH TRANSLATION/TRANSCRIPTION |
|---|---|---|
| 1. | DEFENDANT | He has… he has it now. He has in Mozambique. He has one thousand and eight hundred units. |
| 2. | HAJI DAWOOD | How many does he have? |
| 3. | DEFENDANT | He has one thousand and eight hundred units. |