# EXHIBIT 15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA                          :

          - v. -                                          :       S1 18 Cr. 762 (JSR)

Haji Abdul Satar Abdul Manaf,                      :
  a/k/a "Haji Abdul Sattar Barakzai,"             :

               Defendant.                     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| Defendant Exhibit: | 601E-T |
| Date of Recording: | October 9, 2018 |
| Participants: | HAJI DAWOOD |
| | DEFENDANT |



DEFENDANT'S EXHIBIT 601-E-T

1

| # | PARTICIPANTS | ENGLISH TRANSLATION/TRANSCRIPTION |
|---|---|---|
| 1. | DEFENDANT | I personally… Haqqani's people, ok?... now that you and I have given each other brotherhood handshake, ok? I had money on Karzai's brothers, ok? I helped the Taliban a lot. I was giving them alms. I was honestly scared. I also don't like them. I was giving out of compulsion, ok, because they could have killed my father; they could have killed me, ok? From half of the alms that I was giving to the poor ones, I was giving double of that to them. |
| 2. | HAJI DAWOOD | Bravo! We all have given, Haji Sahib. |
| 3. | DEFENDANT | Now, with the Haqqani Network, the Taliban or whoever else that is there, I have kept my position like this to show that I am against them; although I don't have any opposition against them, ok? They have very good relationship with me. |