# EXHIBIT 16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                :
UNITED STATES OF AMERICA                                         :
                                                                :
            - v. -                                              :      S1 18 Cr. 762 (JSR)
                                                                :
                                                                :
                                                                :
Haji Abdul Satar Abdul Manaf,                                   :
    a/k/a "Haji Abdul Sattar Barakzai,"                          :
                                                                :
                          Defendant.                            :
                                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


| | |
|---|---|
| Government Exhibit: | 206B-T |
| Date of Recording: | July 26, 2018 |
| Participants: | HAJI DAWOOD |
| | DEFENDANT |

| | |
|---|---|
| Abbreviations: | [U/I] Unintelligible |

1

GOVERNMENT
EXHIBIT
206B-T
18 Cr. 762 (JSR)

| # | PARTICIPANTS | ENGLISH TRANSLATION/TRANSCRIPTION |
|---|---|---|
| 1. | HAJI DAWOOD | Ok, very good. The Taliban won't give trouble on the way of Baram Chah, will they, Haji Sahib? |
| 2. | DEFENDANT | No. The Taliban carry them; they charge fare. |
| 3. | HAJI DAWOOD | Very good. |
| 4. | DEFENDANT | In Musa Qala, the Taliban load them up in the vehicles and charge 5,000 Kaldar per piece. 5,000 Kaldar is nothing. They charge per kilogram and deliver them. |
| 5. | HAJI DAWOOD | Ok. |
| 6. | DEFENDANT | They submit them in Baram Chah. They deliver them while armed. |
| 7. | HAJI DAWOOD | Very good, Haji Sahib. It is not a problem. Whatever amount they are going to charge, even in case they want to receive alms, it is not a problem. We will count it toward its costs. It is not a problem, Haji Sahib. |
| 8. | DEFENDANT | Dear Haji, look, why would they want to receive alms? I am working on finding some clothe to move it out of their way. Ok. My purpose is, what alms do they want to receive? Haji Baba is already giving them alms. They have been feeding off the lands. What alms do they want from us? |
| 9. | HAJI DAWOOD | The loads that I have in the past delivered through Jalal-Abad and Khost… the friends will come to you and who will tell you about it in person. They will be delivered through Miram Shah, and the long-beard holding folks that are there, right? |
| 10. | DEFENDANT | Hmm! |

2

| | | |
|---|---|---|
| 11. | HAJI DAWOOD | You know whom I am talking about? |
| 12. | DEFENDANT | Yes, I know. |
| 13. | HAJI DAWOOD | Honestly, it is good that they have helped, but they were getting a lot of money. They were getting a lot of alms, Haji Sahib. |
| 14. | DEFENDANT | Yes, look. One is the type of people who work, and the other are those who work for other people, ok? |
| 15. | HAJI DAWOOD | Right. |
| 16. | DEFENDANT | Whoever they are, they demand their profit. If you and I were to do through Miram Shah, wherever these people are, the most they will demand for is 15,000 Kaldar to 20,000 Kaldar – not more than that, even if you do it with guarantee. |
| 17. | HAJI DAWOOD | Right. |
| 18. | DEFENDANT | These people, do in Afghanistan, [U/I] like this it will get destroyed. |
| 19, | HAJI DAWOOD | Right, and the way it is done is, the friends who will come to you used to take the items and sometimes they would get stuck on the way probably because the situation was bad or something else in Miram Shah; the good thing was that these people would give them space and stuff so that the friends could keep the items for one or two weeks so that they could avoid problems. This is the reason I said, in the past we delivered items from their ways, but we haven't sent them their money, alms or anything like that, and this is the reason, I said that when these people come to you, I will send them the money. |
| 20. | DEFENDANT | It is no problem, Haji. Look. You and we have place in Miram Shah, in Peshawar, and everywhere else. We have people, ok? |

3

| 21. | HAJI DAWOOD | Very good. |
|---|---|---|
| 22. | DEFENDANT | They are not going to charge us money even if it is going to be 1000's of kilograms. They will keep them for us for free. Ok. |
| 23. | HAJI DAWOOD | May God bless you, Haji Sahib. You are my hope, Haji Sahib. |
| 24. | DEFENDANT | They won't charge you and me money. I have done a lot of things for them, what about them? I have a lot of zealous folks and friends in Shinwari. |