# EXHIBIT 17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
         :

UNITED STATES OF AMERICA         :

         :

    - v. -         :    S1 18 Cr. 762 (JSR)

         :

         :

Haji Abdul Satar Abdul Manaf,         :
  a/k/a "Haji Abdul Sattar Barakzai,"         :

         :

         Defendant.         :

         :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| Government Exhibit: | 206C-T |
| Date of Recording: | July 26, 2018 |
| Participants: | HAJI DAWOOD |
| | DEFENDANT |

1

GOVERNMENT
EXHIBIT
206C-T
18 Cr. 762 (JSR)

| # | PARTICIPANTS | ENGLISH TRANSLATION/TRANSCRIPTION |
|---|---|---|
| 1. | HAJI DAWOOD | Right. He is preparing 7 pieces, right, Haji Sahib? |
| 2. | DEFENDANT | No. He already prepared 7 pieces. He will prepare more. It is not like… he is going to prepare more. Just wait. He should prepare around 10, 15 or 20. I told him to prepare more… |
| 3. | HAJI DAWOOD | It is not a problem, Haji Sahib. Send 7 for the sample, Haji Sahib, so that we can set them out for delivery…. |
| 4. | DEFENDANT | I will send them. And when I go now, I will buy 200, 250, or 300 beest's, and I will inform you that you and I bought them in partnership and that they are here. I will inform you, ok? |
| 5. | HAJI DAWOOD | Very good, Haji Sahib. Very good. |
| 6. | DEFENDANT | Whether it is money or something else, you and I have trust on each other. It is not like… |
| 7. | HAJI DAWOOD | You are right, Haji Sahib. May God bless you, Haji Sahib. Thank you! This morning I listened to the message you sent me last night; I was asleep last night. You said you will prepare the mark as Helmand 1, right? |
| 8. | DEFENDANT | The Helmand 1. |
| 9. | HAJI DAWOOD | Very good, Haji Sahib. Very good. |
| 10. | DEFENDANT | I chose this name; unless you have another name to choose. |

| 11. | HAJI DAWOOD | No. Helmand 1 is very good, Haji Sahib. |
| 12. | DEFENDANT | I wrote Helmand 1; there is nothing but Helmand 1. |
| 13. | HAJI DAWOOD | Very good. |
| 14. | DEFENDANT | There is a stamp and, on the stamp, … When I went, I told my brother to make it official by the Taliban there. It will take some money. Nobody else in Afghanistan can make these stamps. |
| 15. | HAJI DAWOOD | Ok. |
| 16. | DEFENDANT | And the… |
| 17. | HAJI DAWOOD | Does the stamp need to be made official through the Taliban, Haji Sahib? |
| 18. | DEFENDANT | Yes. If this succeeds and someone else makes it, you can ask for money for the loss. You can get a hold of the person. Nobody else can. The government doesn't have anything to do with this business. |
| 19, | HAJI DAWOOD | Very good, Haji Sahib. |
| 20. | DEFENDANT | The Taliban charge money and make it official. They would say, this belongs to certain person. Ok. Even a thousand years later you submit it to someone, you can ask them for loss money. Your stamps will succeed, just like the stamps that are sticky. |
| 21. | HAJI DAWOOD | Ok. |

| 22. | DEFENDANT | They have succeeded. They go to places like Saudi Arabia and other places. Now if I prepare it, they will make me pay penalty for it. They will put me in prison; they will ask me to pay penalty. |
|---|---|---|
| 23. | HAJI DAWOOD | Ok, Haji Sahib – no problem. Whatever amount of money the Taliban want to charge for the stamp, it is not a problem. You add to it to the cost. It is not a problem. |
| 24. | DEFENDANT | To make it all official, they will charge 10,000 Kaldar or 20,000 Kaldar. They don't charge much, the poor people. |
| 25. | HAJI DAWOOD | Still… |
| 26. | DEFENDANT | They charge 10,000 Kaldar or 20,000 Kaldar for the stamp. They don't ask for anything else. |
| 27. | HAJI DAWOOD | It is ok. We will have more items in the future. We will pay them more in the future so that they treat us well. |
| 28. | DEFENDANT | It is about registration. It is 20,000 even if you prepare 10,000 pieces. Only the registration will need 10,000 to 20,000 Kaldar. Ok. |
| 29. | HAJI DAWOOD | Very good, Haji Sahib. |
| 30. | DEFENDANT | They don't care whether you want to prepare more or less. The person who make it official, the person who is there, the Deputy Governor or the Deputy of Administration, charges around 20,000 to 30,000 Kaldar. Once they do it, they will be your items, even if the items stay for 1000 years. Nobody will charge you extra money. They have nothing to do with whether you want to deliver more or less. They have a commission, a commission of 1,000 to 2,000 Kaldar. They charge 2,000 Kaldar per kilogram. |

4