# EXHIBIT 18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                      :
UNITED STATES OF AMERICA                                              :
                                                                      :
            - v. -                                                    :      S1 18 Cr. 762 (JSR)
                                                                      :
                                                                      :
Haji Abdul Satar Abdul Manaf,                                         :
a/k/a "Haji Abdul Sattar Barakzai,"                                   :
                                                                      :
                    Defendant.                                        :
                                                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Government Exhibit:        208D-T

Date of Recording:         August 5, 2018

Participants:              HAJI DAWOOD

                           DEFENDANT

1



GOVERNMENT
EXHIBIT
208D-T
18 Cr. 762 (JSR)

| # | PARTICIPANTS | ENGLISH TRANSLATION/TRANSCRIPTION |
|---|---|---|
| 1. | HAJI DAWOOD | Thank God, Haji Sahib. Whatever amount of money is needed for the equipment, for the fort, for the commission for the Taliban, or whatever else, let me know, and I will Hawala transfer it, Haji Sahib. |
| 2. | DEFENDANT | No. There is nothing. Look. The Taliban take commission from the entire world. They take 2,000 to 3,000 Kaldar per piece. This is not much commission from them. |
| 3. | HAJI DAWOOD | Ok. |
| 4. | DEFENDANT | This is nothing. People lie when they say it is this much or that much commission. They bring to Baram Chah on a fare of 5,000 to 6,000 Kaldar. |
| 5. | HAJI DAWOOD | This is very cheap, Haji Sahib. |
| 6. | DEFENDANT | The way it works there is, few vehicles take them; each vehicle load a lot and carry. |
| 7. | HAJI DAWOOD | Ok, very good. You already know that. You know people and Taliban who can take care of the future program for carrying. |
| 8. | DEFENDANT | It is not a problem. My problem was with these 10 pieces. Ok? |
| 9. | HAJI DAWOOD | Ok. |
| 10. | DEFENDANT | I wanted to receive the plan and it got delayed. The problem is over with God's willing. I need to take care of the factory, ok? All the work… I promised Monday… I will submit one week in advance. It got delayed a little bit this time. I seek forgiveness for this time. |

| 11. | HAJI DAWOOD | It is not a problem. May God forgive you. Haji Sahib, did you place the stamp on it? The Helmand 1? |
| 12. | DEFENDANT | Yes. Yes. They have all been stamped. |
| 13. | HAJI DAWOOD | Ok. Very good… |
| 14. | DEFENDANT | They have been stamped all over. |