# EXHIBIT 19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
            :

UNITED STATES OF AMERICA    :

            :

   - v. -      :  S1 18 Cr. 762 (JSR)

            :

            :

Haji Abdul Satar Abdul Manaf,  :
 a/k/a "Haji Abdul Sattar Barakzai," :

            :

     Defendant.  :

            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Government Exhibit:   209C-T

Date of Recording:   August 5, 2018

Participants:     HAJI DAWOOD

         DEFENDANT

1

GOVERNMENT
EXHIBIT
209C-T
18 Cr. 762 (JSR)

| # | PARTICIPANTS | ENGLISH TRANSLATION/TRANSCRIPTION |
|---|---|---|
| 1. | HAJI DAWOOD | Still, still in case there is a Taliban District Governor or whoever else in the area; did you understand? We can give them some candy or something so that they don't raise problems for us in the future. We can do that. It is not a problem. |
| 2. | DEFENDANT | Honestly, the other day I… to the Administrative Governor… |
| 3. | HAJI DAWOOD | Yes -- |
| 4. | DEFENDANT | I told him to do the stamp, to make the stamp official in two days. He became so happy. He called for 2 to 3 days to say, I arrived here and I arrived there. Lastly, he called, saying that I have a debt of 150,000 Kaldar… |
| 5. | HAJI DAWOOD | Huh! |
| 6. | DEFENDANT | And the boys are coming for you to help them. I said, ok send them over. |
| 7. | HAJI DAWOOD | Who said that he was in debt, Haji Sahib? |
| 8. | DEFENDANT | This governor of Helmand, the Administrative one, ok? |
| 9. | HAJI DAWOOD | Ok, the… |
| 10. | DEFENDANT | He is the Administrative Governor. I told him to take care of my stamp and that my father will help him and stuff there. He then called for 2 to 3 days to say that he has arrived there and what not. He left 5 to 6 messages. In the 7th message he said that he had a debt of 150,000 Kaldar and that he will send the boy over so that I, the Haji Sahib, can help. I said, send him over. |

2

| 11. | HAJI DAWOOD | This is the Administrative of the Taliban, Haji Sahib? |
|---|---|---|
| 12. | DEFENDANT | Yes, the Administrative of the Taliban. |
| 13. | HAJI DAWOOD | Ok. No problem. Tell him, we will send him money. How much debt did he say he had? |
| 14. | DEFENDANT | He said he had a debt of 150,000 Kaldar. I already gave it to the boy. 150,000… |
| 15. | HAJI DAWOOD | It is ok. We will send him. Not 150,000; we will send him 200,000. It is not a problem. |
| 16. | DEFENDANT | No. Haji Baba is there and is working on the lands. I always give them. It is not possible that … over there… there is no other alternative. |
| 17. | HAJI DAWOOD | Ok. |
| 18. | DEFENDANT | They have our property and lands in their hands. |
| 19. | HAJI DAWOOD | Ok, ok. It is ok, Haji Sahib. We will calculate everything in the future. It is not a problem. |
| 20. | DEFENDANT | No. These people get from us there regardless of whether there is item or not. They get from Haji Baba; they get from the lands. They have nothing to do with you and us. Ok. |
| 21. | HAJI DAWOOD | They use their power, right? |
| 22. | DEFENDANT | There is security there. There is no thief there. The people don't do anything. They take them all the way to the village, ok? |

3

| | | |
|---|---|---|
| 23. | HAJI DAWOOD | Ok. |
| 24. | DEFENDANT | These people are very good for our and your business. If it was someone else, there would be thieves coming, taking them and do things. |
| 25. | HAJI DAWOOD | Ok |
| 26. | DEFENDANT | For us and you… these are very good for us and you. |
| 27. | HAJI DAWOOD | May God bless them. There is no problem for us and you, as long as we don't interfere in their business and they don't interfere in our business. |
| 28. | DEFENDANT | No. If there are 2,000 pieces, they will observe, they will patrol; and nobody will be able touch them. |
| 29. | HAJI DAWOOD | Very good. No, this is very good, Haji Sahib. You know it, Haji Sahib. My hope is all you, Haji Sahib. |