# EXHIBIT 20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                        :

UNITED STATES OF AMERICA          :

          :

    - v. -            :    S1 18 Cr. 762 (JSR)

          :

          :

Haji Abdul Satar Abdul Manaf,    :
   a/k/a "Haji Abdul Sattar Barakzai,"

          :

        Defendant.    :

          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Defendant Exhibit:    203D-T

Date of Recording:    June 20, 2018

Participants:    HAJI DAWOOD

                DEFENDANT

1



DEFENDANT'S EXHIBIT
203-D-T
tabbies

| # | PARTICIPANTS | ENGLISH TRANSLATION/TRANSCRIPTION |
|---|---|---|
| 1. | HAJI DAWOOD | God bless you, Haji Sahib! I also wanted to ask you about something else, Haji Sahib. I am not sure whether you or your brother or anyone else that is there can do it. I have some money in Australia and would like to send it to New York. |
| 2. | DEFENDANT | Where is the money? |
| 3. | HAJI DAWOOD | I did a deal around 5 to 6 months ago, Haji Sahib. |
| 4. | DEFENDANT | Ok, ok. |
| 5. | HAJI DAWOOD | And its money . . . I sent 500 crystals to Australia. Its money is sitting there. I want to hawala deliver its money to New York, Haji Sahib. |
| 6.. | DEFENDANT | It is not a problem. Where is the money at right now? |
| 7. | HAJI DAWOOD | It is in Australia, Haji Sahib. It is in Melbourne. |
| 8. | DEFENDANT | It is not a problem. When it comes here, I will hawala transfer your money to New York within one hour. I will hawala transfer it to Pakistan, and then I will hawala transfer it to you in New York within one hour. It is not a problem. I can hawala transfer you 50,000 dollars per day. |
| 9. | HAJI DAWOOD | We will do that, God's willing. |
| 10. | HAJI DAWOOD | Also, Haji Sahib, you can hawala transfer to Kabul, too, right? |
| 11. | DEFENDANT | No problem. I have money-changer shop in Kabul. He can go get it from there. I have people anywhere that you want, all over the world, except for Israel. |

| 12. | HAJI DAWOOD | Very good. I have done some businesses in the past. I have some friends at the east side. Ok. They have really helped me out. They also helped me deliver them. They helped me deliver them out from their areas toward Pakistan until they reached the harbor. I have some friends who are in the network; do you know what I am saying? |
| --- | --- | --- |
| 13. | DEFENDANT | Yes, yes. |
| 14. | HAJI DAWOOD | I also would like to send them some money because Ramadhan just passed, and I want to offer them some zakat, too. I will send 100,000 or 200,0000 and see if you can hawala transfer them for me in Kabul. I will tell the friends to go pick them up. They know to whom they need to deliver the money. |
| 15. | DEFENDANT | No problem. I can do it whenever and any time that you ask me. |
| 16. | HAJI DAWOOD | Very good. |
| 17. | DEFENDANT | Except for Israel I can do to anywhere, any country. New York is very easy. New York only takes 100 dollars or something. The charges are very less. |
| 18. | HAJI DAWOOD | No problem. |
| 19. | DEFENDANT | I will transfer. |

3