# EXHIBIT 21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :
UNITED STATES OF AMERICA                            :
                                                    :
            - v. -                                  :        S1 18 Cr. 762 (JSR)
                                                    :
                                                    :
Haji Abdul Satar Abdul Manaf,                       :
    a/k/a "Haji Abdul Sattar Barakzai,"             :
                                                    :
                    Defendant.                      :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


Government Exhibit:         210D-T

Date of Recording:          August 7, 2018

Participants:               HAJI DAWOOD

                            DEFENDANT

1

GOVERNMENT
EXHIBIT
210D-T
18 Cr. 762 (JSR)

| # | PARTICIPANTS | ENGLISH TRANSLATION/TRANSCRIPTION |
|---|---|---|
| 1. | HAJI DAWOOD | If you can introduce me a person in Melbourne, if there is a Moneychanger there, I will call the friends and ask them to deliver the money to you there. |
| 2. | DEFENDANT | Ok. Your people who have come there, you want to Hawala transfer the money to them there; what money do you want to Hawala transfer to them there? |
| 3. | HAJI DAWOOD | Right. There is 50,000 dollars that I need to Hawala transfer, Haji Sahib, because in the previous deal, the 500 kilograms deal, the Taliban of Miram Shah really helped me a lot on the way. I feel like I owe them money. I also need to help them. I have 50,000 dollars. I was wondering if there is a Moneychanger. There is a lot of money in Melbourne, Haji Sahib. I want to submit them there and in Kabul I will tell either Abdullah or Fareed to pick up the money and deliver them to us. Haji Sahib. |
| 4. | DEFENDANT | No. It is not a problem there. There are a lot of people. If you want it in the thing, I can give you a Moneychanger today; if you want it in New York, if you want it in Kabul or anywhere else, it is not a problem… |
| 5. | HAJI DAWOOD | Thank you… |
| 6. | DEFENDANT | I will introduce people to you, so you can give it to them… |
| 7. | HAJI DAWOOD | Thank you, Haji Sahib. God bless you! The money is in Australia. From the 500 pieces I sent 200 pieces there; the money is there now; I must deliver the money out of there slowly. From that money I will send you money for the 10 pieces. I will also send 50,000 dollars for the friends, the Taliban of Miram Shah. |
| 8. | DEFENDANT | It doesn't matter. It is not a problem. I will give you a person. I will Hawala transfer it to them in the same day. I will also Hawala transfer to you from here. They should deliver the money out of there. Ok. They should deliver the money out of there. It is not a problem. |

2