# EXHIBIT 22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                           :

UNITED STATES OF AMERICA              :

                                         :

        - v. -                       :      S1 18 Cr. 762 (JSR)

                                         :

                                         :

Haji Abdul Satar Abdul Manaf,      :
   a/k/a "Haji Abdul Sattar Barakzai,"   :

                                         :

                      Defendant.        :

                                         :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| Government Exhibit: | 207C-T |
| Date of Recording: | August 3, 2018 |
| Participants: | HAJI DAWOOD |
| | DEFENDANT |

1

GOVERNMENT
EXHIBIT
207C-T
18 Cr. 762 (JSR)

| # | PARTICIPANTS | ENGLISH TRANSLATION/TRANSCRIPTION |
|---|---|---|
| 1. | HAJI DAWOOD | Very good. No problem. I will send you the money for the machine. It is not a problem, but other than… |
| 2. | DEFENDANT | The machines… I kept them… |
| 3. | HAJI DAWOOD | In the future we won't be delivering them via that way anyways; we will be delivering them via launch way, through Baram Chah – God willing. |
| 4. | DEFENDANT | If you were to deliver via Baram Chah, from Baram Chah to Helmand they charge 5,000 to 6,000 Kaldar for the carrying fare. They charge 6,000 Kaldar per kilogram. This is nothing… |
| 5. | HAJI DAWOOD | It is nothing… |
| 6. | DEFENDANT | It is a long way there. The Taliban deliver them over there. Ok? |
| 7. | HAJI DAWOOD | The Taliban deliver them? |
| 8. | DEFENDANT | The Taliban deliver them. I did the thing first because we each will be left with 50,000 Kaldar, and secondly because I want the making to be under my hands, to know how much water it takes, how much item it takes, how much opium it takes; meaning, when we prepare the items from here, we should always do it reliably in this way. I must buy the opium and make beest out of the opium, and then out of the beest I make those things. |
| 9. | HAJI DAWOOD | Very good, Haji Sahib, very good. This is a small sample, like 10 pieces and stuff, which we are setting it up via Kabul way, but in the future when we will have 500 or 600 pieces, we will not be able to do it via Kabul; we will have to deliver them out via water. You can take care of that way via Helmand with the Taliban, right? |

2

| 10. | DEFENDANT | Yes. Not a problem. My house is there, ok, the house is there. I have set up the factory and stuff. Look, our way… every day… it is not a problem. The factory is there in Musa Qala. They will prepare it there. They will be standing there. They will buy them in Nawzad and places… |
| 11. | HAJI DAWOOD | Very good. |
| 12. | DEFENDANT | I buy them from the center; I don't buy them here from other hands. |
| 13. | HAJI DAWOOD | Very good. Very good. You know people on the Baram Chah side, so that we don't face any problem while delivering them through? |
| 14. | DEFENDANT | No. No, no. My cousin, Haseeb Mohammad, has come from Iran. His house is here in Baram Chah. His house is in Baram Chah. |
| 15. | HAJI DAWOOD | Ok, very good. I honestly have been hopeful to you, Haji Sahib. As soon as the 10 pieces arrive, the friends are all waiting, the next offer will be for 400 to 500 pieces. |
| 16. | DEFENDANT | It is not a problem. Look, Haji! I have access everywhere, ok? This is our homeland, ok? We have no problem there, not even Baram Chah. We don't have any problem in Helmand either. Ok? |

3